**2024 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P10000012360

**Entity Name:** WEM GLOBAL, INC.

**FILED**
**Feb 04, 2024**
Secretary of State
8699215808CC

**Current Principal Place of Business:**

5911 WEDGEWOOD VILLAGE CIRCLE
LAKE WORTH, FL 33463

**Current Mailing Address:**

5911 WEDGEWOOD VILLAGE CIRCLE
LAKE WORTH, FL 33463 US

**FEI Number:** 27-1870660

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MANNING, WILLIAM E
5911 WEDGEWOOD VILLAGE CIRCLE
LAKE WORTH, FL 33463 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                                    Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | MANNING, WILLIAM E |
| Address | 5911 WEDGEWOOD VILLAGE CIRCLE |
| City-State-Zip: | LAKE WORTH FL 33463 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: WILLIAM MANNING          PRESIDENT          02/04/2024

Electronic Signature of Signing Officer/Director Detail                                                                                  Date