https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=WEMGLOBAL%20P100000123600&aggregateId=domp-p10000012360-6d2d19e2-042d-4857-8849-2c64ae712ce0&searchTerm=WEM%20Global&listNameOrder=WEMGLOBAL%20P100000123600   December 16, 2024 at 2:01 AM GMT+5:30



Department of State / Division of Corporations / Search Records / Search by Entity Name /

Previous On List    Next On List    Return to List    WEM Global    Search

No Events    No Name History

## Detail by Entity Name

Florida Profit Corporation
WEM GLOBAL, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P10000012360 |
| **FEI/EIN Number** | 27-1870660 |
| **Date Filed** | 02/10/2010 |
| **Effective Date** | 02/09/2010 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

5911 Wedgewood Village Circle
LAKE WORTH, FL 33463

Changed: 01/15/2017

### Mailing Address

5911 Wedgewood Village Circle
LAKE WORTH, FL 33463

Changed: 01/15/2017

### Registered Agent Name & Address

MANNING, WILLIAM E
5911 Wedgewood Village Circle
LAKE WORTH, FL 33463

Address Changed: 01/15/2017

### Officer/Director Detail

**Name & Address**

Title P

MANNING, WILLIAM E
5911 Wedgewood Village Circle
LAKE WORTH, FL 33463

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 02/03/2022 |
| 2023 | 02/01/2023 |
| 2024 | 02/04/2024 |

**Document Images**

| | |
|---|---|
| 02/04/2024 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2022 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2017 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/10/2010 -- Domestic Profit | View image in PDF format |

Previous On List    Next On List    Return to List    WEM Global    Search

**No Events**    **No Name History**

Florida Department of State, Division of Corporations