https://www.linkedin.com/in/jeff-hoogendam-b2bmarketing/  December 16, 2024 at 2:05 AM GMT+5:30

  Search   Home   My Network   Jobs   Messaging  No



### Jeff Hoogendam · 3rd

CEO = Helping businesses solve the most difficult marketing problem out there: finding new customers.

Austin, Texas, United States · **Contact info**

500+ connections

**+ Connect**   **More**

 360Connect

 Texas McCombs School of Business

## About

I am an experienced entrepreneur and CEO of several venture-backed companies.

In 2006, I co-founded 360Connect. 360Connect helps simplify business purchase decisions by connecting them with over 600 qualified suppliers in 30 different business categories. 360Connect helps companies find new customers, o  …see more

## Activity

1,041 followers

**Jeff Hoogendam** commented on a post • 3mo

Dave is smart, hardworking, and a great team member. We love having you as a part of the team, Dave!

---

**Jeff Hoogendam** commented on a post • 9mo

Congratulations Richard!!

---

**Jeff Hoogendam** commented on a post • 1yr

Michael, you're a class act, I really enjoyed our partnership over the years.

Show all comments →

## Experience


**CEO**
360Connect
Jul 2005 - Present · 19 yrs 6 mos
Austin, TX

360Connect helps over 40,000 business buyers per month with purchase decisions, by making it easy for them to find qualified suppliers and get quotes. We connect business buyers and suppliers!... ...see more


**President & CEO**
SmartPrice.com, Inc.
Jun 1999 - Jul 2005 · 6 yrs 2 mos
Austin, TX

As an entrepreneur in residence at SSM Partners, I co-founded SmartPrice, Inc. in 1999. The company raised $8m in venture capital and provided a free service that helped businesses and consumers compare, select, ...see more


**Partner**
Intersouth Partners
Jun 1995 - Jun 1999 · 4 yrs 1 mo
Research Triangle Park, NC and Austin, TX

I was an early stage venture capital investor focused on technology and healthcare startups in the southeast and southwest regions. I was heavily involved in all aspects of identifying, selecting and investing in 17 cor ...see more


**Senior Consultant**
Accenture
1990 - 1993 · 3 yrs
Houston, TX

## Education


**Texas McCombs School of Business**
MBA, Entrepreneurship
1993 - 1995


**Texas A&M University**
Bachelors of Science, Mechanical Engineering
1986 - 1990

Show all 3 educations →

## Volunteering


**Texas Venture Labs Investment Competition (TVLIC) judge and business mentor.**
Jon Brumley Texas Venture Labs
Jan 1996 - Present · 29 yrs
Education

TVLIC represents the real-world process of raising venture capital. Graduate students from The University of Texas pitch their startups and receive prize money and invaluable feedback from the judges. The competitio ...see more

# Skills

### Executive Management

 Endorsed by 4 colleagues at 360Connect, LLC

 17 endorsements

### Venture Capital

 Endorsed by 2 colleagues at 360Connect, LLC

 17 endorsements

Show all 26 skills →

# Recommendations

**Received**   Given



**Russ Lemley** · 3rd
Project Manager
August 2, 2012, Russ was Jeff's client

I worked with Jeff while implementing 360 Leads application throughout Mobile Mini Inc. Jeff was instrumental in defining the key business requirements of acquiring sustainable leads/prospects. In addition, he assumed a "hands on" approach throughout our business relationship. Through his extensive knowledge of both the equipment rental business and lead generation process, he was able to successfully sell the advantages to the end users, therefore ensuring user adoption. Jeff was hardworking, professional with a smile that came through the phone. I highly recommend Jeff's services.



**Michael B. Craig** in · 3rd
Co-founder at Nutrislice, Inc.
January 28, 2011, Jeff was senior to Michael B. but didn't manage Michael B. directly

Jeff has proven to be an extremely valuable mentor in my career. He has a high degree of expertise in helping companies grow their business. His style is open and inviting and he willingly gives his time to better serve his clients. I certainly would recommend him as someone you should get to know. He won't disappoint!

Show all 4 received →