

Find Suppliers ⌄  Work With Us ⌄  Resources ⌄  About ⌄  Get Quotes  I'm a Supplier

# Compare Price Quotes For Your Business

We'll Connect You With Reputable Suppliers In Your Area So You Can Save Valuable Time and Money

Get Started



## Brands We Work With

    



## Products & Services

We bring the suppliers to YOU and they compete for your business. It takes less than a minute and is **100% free**.

| Building & Construction | Business Security | Office Food & Beverage | Office Products | Outsourced Services | Other Services |



Storage Containers | Forklifts | Mobile Offices | Modular Buildings

Steel Buildings | Portable Restroom Solutions | Modular or Manufactured Homes | Temporary Fencing

**View All Products & Services**



## Here's How 360Connect Works


**Tell Us What You're Looking For**
Answer a few short questions about your desired product


**Receive Free Price Quotes**
We match you with up to 5 suppliers or providers


**You Compare Quotes and Save**
Select the provider that matches your needs and start to save

## See Why Customers Love 360Connect

360Connect helps buyers and suppliers establish quality connections


★★★★★

Khiem and Bobby did an outstanding job and are fantastic representatives for 360 Connect. It was a pleasure learning from them during the presentation, and they both went above and beyond to ensure my needs were fully met during the implementation process. Extra huge shoutout to Khiem for going the extra mile! He personally gave me a call to make sure the verification email was delivered correctly and took the time to walk me through the front-end software, showing me how to start navigating it. We definitely wouldn't want those emails going to the wrong place! I'm excited to start rolling in some leads! Thanks again to both of you for your


★★★★★

Really a very well company. We have been using them for 10 months now, and the quality of the leads, as well as the customer service is as good as it gets. Blake and Ryan are always attentive and have input on how to best liquidate our leads, and there input is invaluable

Eddy A.
08/09/2024


★★★★★

They were quality and credible leads that sourced reliable buyers who did not waste our time! Bobby and team are unmatched. Highly recommended to be on their supplier network

Eric J.
06/27/2024



*dedication and support.*
Colton G.
10/04/2024

• • •

## Want a steady stream of qualified prospects for your sales team?

**Become a Supplier**



**Get to Know Us**
About 360Connect
Product Blog
Supplier Blog
Featured Suppliers
FAQ
Contact Us
Privacy Policy
Terms of Use

**Service Areas**
Buy or Rent Storage Containers Near Me
Access Control Systems Near Me
Office Copiers Near Me
Office Coffee Services Near Me
Modular Buildings Near Me
Medical Billing Companies Near Me
Payroll Service Providers Near Me

**Work With Us**
Become a Supplier
Become an Affiliate Partner
Careers

 

12416 Hymeadow Dr
Austin, TX 78750
(800) 598-8685

