AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DURO BEAM, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC and CMI MARKETING, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:24-cv-81550 ROSENBERG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CMI Marketing, Inc - 1411 Broadway, 27th Floor, New York, NY 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ama N. Appiah
E-mail: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A.
721 1st Ave N Ste 202,
St Petersburg, Florida 33701-3603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:  12/17/2024

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DURO BEAM, LLC<br><br>*Plaintiff(s)*<br>v.<br>WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC and CMI MARKETING, INC.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:24-cv-81550 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ian Hart Design, LLC - 1710 Venezia Way Apex, North Carolina, 27502-4736

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ama N. Appiah
E-mail: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A.
721 1st Ave N Ste 202,
St Petersburg, Florida 33701-3603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/17/2024



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DURO BEAM, LLC<br><br>*Plaintiff(s)*<br>v.<br>WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC and CMI MARKETING, INC.<br>*Defendant(s)* | Civil Action No. 9:24-cv-81550 ROSENBERG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ian Hart - 1710 Venezia Way Apex, North Carolina, 27502-4736

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ama N. Appiah
E-mail: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A.
721 1st Ave N Ste 202,
St Petersburg, Florida 33701-3603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  12/17/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DURO BEAM, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC and CMI MARKETING, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:24-cv-81550 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  360Connect, LLC - 12416 Hymeadow Dr, Austin, TX 78750


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ama N. Appiah
E-mail: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A.
721 1st Ave N Ste 202,
St Petersburg, Florida 33701-3603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:  12/17/2024

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DURO BEAM, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC and CMI MARKETING, INC. <br> *Defendant(s)* | Civil Action No. 9:24-cv-81550 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeff Hoogendam - 5926 Balcones Drive, Suite 130, Austin, Texas 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ama N. Appiah
E-mail: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A.
721 1st Ave N Ste 202,
St Petersburg, Florida 33701-3603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  12/17/2024



Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

SUMMONS

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DURO BEAM, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC and CMI MARKETING, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:24-cv-81550 ROSENBERG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WEM Global, Inc - 5911 Wedgewood Village Circle LAKE WORTH, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ama N. Appiah
E-mail: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A.
721 1st Ave N Ste 202,
St Petersburg, Florida 33701-3603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/17/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DURO BEAM, LLC | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 9:24-cv-81550 ROSENBERG |
| WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC and CMI MARKETING, INC. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  William E. Manning - 5911 Wedgewood Village Circle Lake Worth, Florida 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ama N. Appiah
E-mail: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A.
721 1st Ave N Ste 202,
St Petersburg, Florida 33701-3603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  12/17/2024



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts