THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **DURO BEAM, LLC**<br>Petitioner<br><br>v.<br><br>**WILLIAM E. MANNING, et al.,**<br>Defendants | Civil Action No. 9:24-cv-81550<br><br>NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Plaintiff Duro Beam LLC ("Duro") hereby dismisses this action pursuant to Fed. R. Civ. §41(a)(1)(A)(i), without prejudice as to the following Defendant: CMI MARKETING, INC.

Dated: January 9, 2025

Respectfully submitted,

**/s/ Ama N. Appiah**

Ana Juneja
**Ana Law LLC**
1300 Pennsylvania Ave NW Suite 700
Washington, DC 20004
(202) 266-7100
docket@analaw.com

Ama N. Appiah
**Law Office of Ama N. Appiah, P.A.**
721 1st Ave N, Ste 202
St Petersburg, FL 33701-3603
(727) 471-3538
ama.appiah.2003@gmail.com

*Attorneys for Plaintiff Duro Beam, LLC*

CERTIFICATE OF SERVICE

Case No.: 9:24-cv-81550

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Dismiss was served electronically and/or via the United States Postal Service, on January 9, 2025, to all parties identified on the following service list. Service was made to all parties appearing on the Court's most recently revised service list at the time of service.

Respectfully submitted,

**/s/ Ama N. Appiah**

Ana Juneja
**Ana Law LLC**
1300 Pennsylvania Ave NW Suite 700
Washington, DC 20004
(202) 266-7100
docket@analaw.com

Ama N. Appiah
**Law Office of Ama N. Appiah, P.A.**
721 1st Ave N, Ste 202
St Petersburg, FL 33701-3603
(727) 471-3538
ama.appiah.2003@gmail.com

***Attorneys for Plaintiff Duro Beam, LLC***

**SERVICE LIST**

1. William Manning
   5911 Wedgewood Village Circle
   Lake Worth Beach
   Florida 33463

2. WEM Global Inc.

    5911 Wedgewood Village Circle
    Lake Worth Beach
    Florida 33463

3. Jeff Hoogendam
   5926 Balcones Drive
   Suite 130
   Austin, Texas 78731

4. 360Connect, LLC
   12416 Hymeadow Dr
   Austin, Texas 78750

5. Ian Hart
   Through their Attorney:
   James Slater, Esq.
   Slater Legal PLLC
   2296 Henderson Mill Rd. N.E. #116
   Atlanta, GA 30345
   Tel. (404) 458-7283
   Email: james@slater.legal

6. Ian Hart Design, LLC
   Through their Attorney:
   James Slater, Esq.
   Slater Legal PLLC
   2296 Henderson Mill Rd. N.E. #116
   Atlanta, GA 30345
   Email: james@slater.legal
   Tel.: (404) 458-7283

7. CMI Marketing Inc.
   Through their Attorney:
   Kevin Kuzas, Esq.
   Kuzas Neu
   230 W 55th St Apt 20D,
   New York City, New York, 10019
   Email: kevin@kuzasneu.com
   Tel.: (610) 348-8159