## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:25-cv-81550

DURO BEAM, LLC

       Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL,
INC., JEFFREY HOOGENDAM, 360CONNECT,
LLC, IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.

       Defendants.

_____/

### DECLARATION OF JEFFREY HOOGENDAM
### IN SUPPORT OF MOTION TO DISMISS COMPLAINT

Pursuant to 28 U.S.C. § 1746, Jeffrey Hoogendam provides this Declaration under penalty of perjury in support of his Motion to Dismiss the Complaint:

1. I am over the age of 18, competent to testify, and have personal knowledge of the contents herein.

2. I am a full-time resident of Austin, Texas.

3. I am a member of 360Connect, LLC, a Texas limited liability company.

4. I have never personally operated, conducted, engaged in, or carried out a business or business venture in Florida.

5. I have never personally had an office or agency in Florida.

6. I have never personally committed a tortious act within Florida.

7. I have never personally owned, used, possessed, or held a mortgage or other lien on any real property within Florida.

8.     I have never personally contracted to insure a person, property, or risk located within Florida.

9.     I have never personally caused injury to persons or property within Florida, whether arising from an act or omission outside of Florida or otherwise.

10.    I have never personally entered into, nor breached, a contract in Florida or to which Florida choice of law has ever applied, or which contains any provision whereby I submitted to personal jurisdiction in Florida.

11.    I have never personally held any bank accounts or records in Florida.

12.    I have never personally leased or owned any real property in Florida.

13.    I have never personally worked in Florida.

14.    I have never personally engaged in substantial and not isolated activity within Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March __, 2025 at Austin, Texas.

Jeffrey Hoogendam