UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-81550-RLR

DURO BEAM, LLC,

    Plaintiff,

v.

WILLIAM E. MANNING, *et al.*,

    Defendants.

## HART DEFENDANTS' NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Order of Reference to Mediation [ECF No. 21], Defendants Ian Hart and Ian Hart Design, LLC (collectively, the "Hart Defendants"), provide notice that the parties have selected **Mark Stein** as their mediator in this case. Mediation is scheduled for **October 16, 2025 at 10:00 a.m. eastern time** to occur by Zoom videoconference.

Dated: March 10, 2025.

    Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Boulevard #1500
Miami, Florida 33156
Tel.: (305) 523-9023
james@slater.legal

*Attorneys for Hart Defendants*