UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-81550-RLR

DURO BEAM, LLC,

    Plaintiff,

v.

WILLIAM E. MANNING, *et al.*,

    Defendants.

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mark Stein on October 16, 2025, at 10 a.m. by Zoom.

ENTERED this ___ day of _____, 2025.

_____
ROBIN L. ROSENBERG
United States District Judge

Copies furnished:
All counsel of record