UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

     Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC, and CMI MARKETING, INC.,

     Defendants.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT WEM GLOBAL, INC.**

PLEASE TAKE NOTICE that the Lomnitzer Law Firm, P.A. and its attorney(s) Lorri Lomnitzer, Esq., Kelly Ann desRosiers, Esq., and Allison Mingo, Esq., hereby enter their appearance on behalf of Defendant, WEM GLOBAL, INC. and request that future pleadings, court papers, and correspondence in this action also be directed to the email addresses below:

(1)    Lorri@LomnitzerLaw.com;
(2)    Kelly@LomnitzerLaw.com;
(3)    Allison@LomnitzerLaw.com;
(4)    Litigation@LomnitzerLaw.com

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been filed on the 11th day of April 2025, utilizing the CM/ECF, and a copy has been provided to all attorneys of record.

Dated: April 11, 2025

          Respectfully submitted,
          By: /s/Kelly Ann M. desRosiers
          Kelly Ann M. desRosiers
          Florida Bar No. 1017878
          Kelly@Lomnitzerlaw.com
          /s/Lorri Lomnitzer
          Lorri Lomnitzer
          Florida Bar No.: 37632
          Lorri@Lomnitzerlaw.com
          /s/Allison A. Mingo
          Allison A. Mingo
          Florida Bar No. 1049308
          Allison@Lomnitzerlaw.com
          THE LOMNITZER LAW FIRM, P.A.
          7999 N. Federal Highway, Suite 200
          Boca Raton, FL 33487
          Telephone: (561) 953-9300
          Direct: (561) 953-9301
          Fax: (561) 953-3455
          *Attorneys for Defendant*
          *WEM GLOBAL, INC.*