UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

       Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL,
INC., JEFFREY HOOGENDAM, 360CONNECT,
LLC, IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.

       Defendants.
_____/

**DEFENDANTS 360CONNECT'S AND HOOGENDAM'S
CORPORATE DISCLOSURE STATEMENT**

Defendants, 360Connect, LP and Jeffrey Hoogendam, hereby file their Corporate Disclosure Statement as required by Fed. R. of Civ. P. 7.1 and certify and disclose:

- They are non-governmental entities

- They do not have a parent corporation

- No publicly held corporation owns 10% or more of its stock

Date: April 22, 2025

By: */s/ Matthew S. Nelles*
Matthew S. Nelles
Florida Bar No.: 009245
Joshua Cooper
Florida Bar No.: 117658
matt.nelles@johnsonmartinlaw.com
Johnson & Martin, P.A.
500 West Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33309

1

                    T:  (954) 790-6698
                    Eservice: kerty.apelt@johnsonmartinlaw.com

*Attorneys for Defendants 360Connect, LLC and Jeffrey Hoogendam*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served on April 22, 2025 with a copy of this document via the Court's ECF system.

                    */s/ Matthew S. Nelles*
                    Matthew S. Nelles

## SERVICE LIST

Ama N. Appiah, Esq.
Email: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A
721 1st Ave N Ste 202,
St Petersburg, FL 33701-3603
(727) 471-3538

Ana Juneja, Esq.
Ana Law LLC
1300 Pennsylvania Ave NW Suite 700
Washington, DC 20004
(202) 266-7100
docket@analaw.com

*Attorneys for Plaintiff*


James M. Slater
Slater Legal PLLC
9000 Dadeland Boulevard #1500
Miami, Florida 33156
Tel.: (305) 523-9023
james@slater.legal

*Attorney for Hart*

2

Kelly Ann M. desRosiers
Kelly@Lomnitzerlaw.com
Lorri Lomnitzer
Lorri@Lomnitzerlaw.com
Allison A. Mingo
Allison@Lomnitzerlaw.com
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 200
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301

*Attorneys for Defendant*
*WEM GLOBAL, INC*