UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

    Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC, and CMI MARKETING, INC.,

    Defendants.
_____/

**DEFENDANT'S CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P 7.1, Defendant, WEM GLOBAL INC. ("Defendant"), by and through its undersigned counsels, states as follows:

(1) There is no parent corporation.

(2) There is no publicly held corporation owning 10% or more of the stock of the named Defendant.

Dated: April 24, 2025

Respectfully submitted,
By: /s/Kelly Ann M. desRosiers
Kelly Ann M. desRosiers
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com
/s/Lorri Lomnitzer
Lorri Lomnitzer
Florida Bar No.: 37632
Lorri@Lomnitzerlaw.com
/s/Allison A. Mingo
Allison A. Mingo
Florida Bar No. 1049308
Allison@Lomnitzerlaw.com
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 200

Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
Fax: (561) 953-3455
*Attorneys for Defendant*