# Exhibit "A"

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:24-CV-81550-ROSENBERG**

DURO BEAM, LLC

      Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL, INC., JEFFREY HOOGENDAM, 360CONNECT, LLC, IAN HART, IAN HART DESIGN, LLC and CMI MARKETING, INC.

      Defendants.

_____/

## DECLARATION OF WILLIAM MANNING, OWNER OF WEM GLOBAL, INC.

I, WILLIAM MANNING, declare as follows:

1. My name is William Manning, and I am over the age of 18 years old and the owner and president of WEM GLOBAL, INC., ("WEM").

2. I make this declaration in support of the Motion to Dismiss filed on my behalf and on behalf of WEM.

3. I am the registered agent of WEM and the principal place of business address is 5911 Wedgewood Village Circle, Lake Worth, FL 33463 ("Wedgewood Circle").

4. Other than myself, there is no party authorized to accept service on behalf of WEM.

5. This Wedgewood Circle address is my residential address as well.

6. The Wedgewood Circle address is also located within a gated community, so I would be advised of any party looking to enter to go to my home.

7. I also own a camera system to show me when people come to my home and never received any notifications of an unknown party coming to the door or ringing the doorbell to request me.

8. On or about December 27, 2024, I received a package in the mail which contained the following documents:

- Complaint and Demand for Jury Trial, Injunctive Relief Sought
- Summons in a Civil Action – addressed to William E. Manning
- Summons in a Civil Action – addressed to WEM Global, Inc.
- Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

9. I never received any additional mailings or information regarding this litigation nor did anyone ever try to serve me with any additional documents.

10. On or about April 9, 2025, a person came to my house and handed me a stack of papers and advised that he was "just the messenger" but gave me no other information. *See Exhibit 1.*

11. This person did not ask me my name or who is was prior to giving me the documents.

12. Prior to April 9, 2025, no other person came to Wedgewood Circle to serve me with any documents.

13. The document that was provided to me on April 9, 2025, was titled "Complaint and Demand for Jury Trial, Injunctive Relief Sought" and was the same document that was provided to me in December 2024.

14. I only received one copy which was addressed to WEM.

15. I did not receive any documents addressed to myself individually.

16. I have not been served with any copies of the First Amended Complaint.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Lake Worth, Florida, on this ___24th_ day of April 2025.

_____
WILLIAM MANNING