UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

      Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL,
INC., JEFFREY HOOGENDAM, 360CONNECT,
LLC, IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.

      Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT [DE 35]**

Defendant, 360Connect, LLC, respectfully moves this Court, pursuant to Fed. R. of Civ. P. 6(b), to extend the time for it to respond to the Second Amended Complaint, DE 35, and as grounds states:

1. The Court dismissed the First Amended Complaint by Order dated May 6, 2025, DE 34.

2. The Order states that Defendants must respond to any amended pleading within seven (7) days of the filing of same.

3. On May 12, 2025, Plaintiff filed its Second Amended Complaint, DE 35.

4. On May 13, 2025, Defendant filed its Motion to Clarify, DE 36, the Order of Dismissal, DE 34, to inform Plaintiff that Mr. Jeffrey Hoogendam, who was dismissed from the case on jurisdictional grounds, DE 34, cannot be added back in, based on res judicata, via the Second Amended Complaint.

1

5. In the meantime, Defendant's counsel is in the process of preparing for a May 20, 2025 Preliminary Injunction Hearing in the Middle District of Florida and must devote substantial time and effort toward preparing for that hearing.

6. The Second Amended Complaint is a near complete rewrite of the prior complaint, attaches and relies upon inadmissible <u>settlement correspondence</u>, and advances new legal theories and numerous new supposed "facts."

7. Defendant's counsel must spend substantial time evaluating and unraveling the Second Amended Complaint and properly and fully presenting its arguments to the Court as to why it again fails to state a claim against 360Connect.

8. Preparations for the pending May 20th Preliminary Injunction Hearing are delaying that analysis.

9. Therefore, Defendant 360Connect respectfully requests an extension of time until Tuesday, May 27, 2025 to respond to the Second Amended Complaint.

10. In accordance with Local Rule 7.1(a)(3), we conferred with counsel for Plaintiff concerning this Motion, who does not oppose this extension of time.

WHEREFORE, Defendant, 360Connect, LLC, respectfully requests that the Court extend the time for it to respond to the Second Amended Complaint until Tuesday, May 27, 2025 and for such other and further relief as the Court deems appropriate.

Dated: May 14, 2025                                Respectfully submitted,

                                                               By: <u>/s/ Matthew S. Nelles</u>
                                                               Matthew S. Nelles
                                                               Florida Bar No.: 009245
                                                               matt.nelles@johnsonmartinlaw.com
                                                               Joshua Cooper
                                                               Florida Bar No.: 117658

        josh.cooper@johnsonmartinlaw.com
        Johnson & Martin, P.A.
        500 West Cypress Creek Rd., Suite 430
        Ft. Lauderdale, FL 33309
        T:  (954) 790-6698
        Eservice: sari.tannenbaum@johnsonmartinlaw.com

*Attorneys for Defendant 360Connect, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served on May 16, 2025 with a copy of this document via the Court's ECF system.

        */s/ Matthew S. Nelles*
        Matthew S. Nelles

## SERVICE LIST

Ama N. Appiah, Esq.
Email: ama.appiah.2003@gmail.com
Law Office of Ama N. Appiah, P.A
721 1st Ave N Ste 202,
St Petersburg, FL 33701-3603
(727) 471-3538

Ana Juneja, Esq.
Ana Law LLC
1300 Pennsylvania Ave NW Suite 700
Washington, DC 20004
(202) 266-7100
docket@analaw.com

*Attorneys for Plaintiff*


James M. Slater
Slater Legal PLLC
9000 Dadeland Boulevard #1500
Miami, Florida 33156

Tel.: (305) 523-9023
james@slater.legal

*Attorney for Hart*

Kelly Ann M. desRosiers
Kelly@Lomnitzerlaw.com
Lorri Lomnitzer
Lorri@Lomnitzerlaw.com
Allison A. Mingo
Allison@Lomnitzerlaw.com
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 200
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301

*Attorneys for Defendant*
WEM GLOBAL, INC