AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **9:24-CV-81550-RLR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **WEM GLOBAL**
was recieved by me on  **4/08/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **william mannig**, who is designated by law to accept service of process on behalf of **WEM GLOBAL** at **5911 Wedgewood Village Cir, Lake Worth, FL 33463** on **04/09/2025 at 4:21 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:   04/09/2025

_____
*Server's signature*

**Armando R Perez Hernandez**
*Printed name and title*

**3649 lakeville way
#C
Lake worth, FL 33467**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS,  to william mannig with identity confirmed by subject nodding when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: **0165127840**