AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **9:24-cv-81550-RLR**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **William Manning**
was recieved by me on  **4/08/2025:**

[X]   I personally served the summons on the individual at **5911 Wedgewood Village Cir, Lake Worth, FL 33463** on **04/09/2025 at 4:24 PM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  04/09/2025

_____
*Server's signature*

**Armando R Perez Hernandez**
*Printed name and title*

**3649 lakeville way**
**#C**
**Lake worth, FL 33467**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS,  to William Manning with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**





Tracking #: **0165128137**