UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:24-cv-81550-RLR

DURO BEAM, LLC,
Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL, INC., et al.,
Defendants.

## PLAINTIFF'S MOTION FOR RETROACTIVE EXTENSION OF TIME TO EFFECT SERVICE PURSUANT TO RULE 4(m)

Plaintiff, DURO BEAM, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 4(m) and controlling Eleventh Circuit precedent, respectfully moves this Court for a retroactive extension of time to complete service of process on Defendants WILLIAM E. MANNING and WEM GLOBAL, INC. (together, the "WEM Defendants"), and states:

### I. PROCEDURAL BACKGROUND

1. Plaintiff filed its original Complaint and First Amended Complaint on December 16, 2024. [Dkt. Nos. 1, 7].

2. On April 9, 2025—113 days after the initial filing—Plaintiff completed personal service on both WEM Defendants:

> William Manning was personally served at his residence at 5911 Wedgewood Village Circle, Lake Worth, FL 33463 at 4:24 PM. Identity was confirmed and service was accepted. See [ECF No. 42; Exhibit A].
>
> WEM Global, Inc. was served at the same address via William Manning, its designated agent for service of process. See [ECF No. 41; Exhibit B].

3. Although service occurred outside the 90-day window established by Rule 4(m), both Defendants received actual notice, have appeared through counsel, and have moved to dismiss the Second Amended Complaint. [Dkt. No. 40].

## II. LEGAL STANDARD

Rule 4(m) provides that the Court must dismiss an action without prejudice if service is not completed within 90 days, unless the plaintiff shows good cause. Even absent good cause, courts retain broad discretion to extend the time for service. See *Horenkamp v. Van Winkle & Co., 402 F.3d 1129, 1132–33 (11th Cir. 2005)*; *Lepone-Dempsey v. Carroll Cnty., 476 F.3d 1277, 1281–82 (11th Cir. 2007)*.

In exercising this discretion, courts consider factors including the length of delay, the diligence of the plaintiff, actual notice to the defendant, and any prejudice resulting from the delay. Id.

## III. ARGUMENT

### *A. The Delay Was Brief and Caused No Prejudice*

Service was completed only 23 days after the Rule 4(m) deadline. Both WEM Defendants received actual, sworn personal service. They have identified no prejudice—legal or factual—arising from the brief delay. See *Horenkamp, 402 F.3d at 1133* (finding discretionary extension appropriate where no prejudice was shown).

### *B. Plaintiff Acted in Good Faith and Completed Valid Service*

Plaintiff retained a licensed process server, who effected in-person service at the proper address. Affidavits of service were filed on the docket and confirm identity verification and document delivery. [ECF Nos. 41–42; Exhibits A & B].

Where service is eventually completed and defendants are actively litigating, courts routinely grant Rule 4(m) extensions in the interest of justice. See *Rance v. Rocksolid Granite USA, Inc., 583 F.3d 1284, 1286 (11th Cir. 2009)*.

### *C. Judicial Economy Strongly Favors Extension*

Defendants have now filed substantive motions. Dismissal based on a 23-day delay would unnecessarily burden the parties and the Court. The purpose of Rule 4(m) is to ensure notice—not to penalize procedural missteps that cause no harm.

### IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. Grant a retroactive extension of time to serve Defendants William Manning and WEM Global, Inc., pursuant to Rule 4(m);
2. Deem service effected on April 9, 2025, as timely and sufficient; and
3. Grant such other and further relief as the Court deems just and proper.

**Local Rule 7.1(a)(3) Certification**

Defendants have indicated opposition to Plaintiff's position and have threatened sanctions; however, they have not specifically consented to or opposed the relief requested in this Motion.

**DATED:** May 20, 2025

Respectfully submitted,

**/s/ Ama N. Appiah**

Ana Juneja

**Ana Law LLC**

1300 Pennsylvania Ave NW Suite 700

Washington, DC 20004

(202) 266-7100

docket@analaw.com

Ama N. Appiah

**Law Office of Ama N. Appiah, P.A.**

721 1st Ave N, Ste 202

St Petersburg, FL 33701-3603

(727) 471-3538

ama.appiah.2003@gmail.com

***Attorneys for Plaintiff Duro Beam, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Plaintiff's Motion For Retroactive Extension of Time to Effect Service Pursuant to Rule 4(m)  has been served to all counsel of record on May 20 2025, via electronic email.

Respectfully submitted,

**/s/ Ama N. Appiah**

Ana Juneja
**Ana Law LLC**
1300 Pennsylvania Ave NW Suite 700
Washington, DC 20004
(202) 266-7100
docket@analaw.com

Ama N. Appiah
**Law Office of Ama N. Appiah, P.A.**
721 1st Ave N, Ste 202
St Petersburg, FL 33701-3603
(727) 471-3538
ama.appiah.2003@gmail.com

*__Attorneys for Plaintiff Duro Beam, LLC__*

# Exhibit "A"

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **9:24-cv-81550-RLR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **William Manning**
was recieved by me on  **4/08/2025:**

[X]    I personally served the summons on the individual at **5911 Wedgewood Village Cir, Lake Worth, FL 33463** on **04/09/2025 at 4:24 PM**; or

[ ]    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]    Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  04/09/2025

_____
*Server's signature*

**Armando R Perez Hernandez**
*Printed name and title*

**3649 lakeville way**
**#C**
**Lake worth, FL 33467**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS, to William Manning with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**




Tracking #: **0165128137**

# Exhibit "B"

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **9:24-CV-81550-RLR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **WEM GLOBAL**
was recieved by me on  **4/08/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **william mannig**, who is designated by law to accept service of process on behalf of **WEM GLOBAL** at **5911 Wedgewood Village Cir, Lake Worth, FL 33463** on **04/09/2025 at 4:21 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  04/09/2025

_____
*Server's signature*

**Armando R Perez Hernandez**
*Printed name and title*

**3649 lakeville way**
**#C**
**Lake worth, FL 33467**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS,  to william mannig with identity confirmed by subject nodding when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: **0165127840**

**ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO EFFECTUATE SERVICE**

THIS CAUSE came before the Court upon Plaintiff's Motion for Retroactive Extension of Time to Effectuate Service Pursuant to Rule 4(m) [ECF No. 44]. Having reviewed the Motion, the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Plaintiff's Motion is GRANTED;

2. The Court finds good cause, or alternatively exercises its discretion under Rule 4(m), to extend the deadline for service of process nunc pro tunc;

3. The Court deems service upon Defendants William E. Manning and WEM Global, Inc. on April 9, 2025 as timely and sufficient under Rule 4(m); and

4. No further action by Plaintiff is required as to service on these Defendants.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of May, 2025.

ROBIN L. ROSENBERG
United States District Judge

Copies furnished:
All counsel of record