# Exhibit "B"

| | |
|---|---|
| **From:** | Kelly Ann desRosiers |
| **To:** | Ana Juneja |
| **Cc:** | Allison Mingo; Andrea Pacheco; Lorri Lomnitzer; Maggie Sherman; Eunice Tabinas; Christeen Morquianos; Docket Team; Supreet Prasad; Matthew Nelles; james@slater.legal |
| **Subject:** | RE: Service of Filed Rule 4(m) Motion – Duro Beam v. Manning, No. 9:24-cv-81550-RLR // AL Docket No. 361.01006 |
| **Date:** | Tuesday, May 20, 2025 5:04:27 PM |

Ms. Juneja,

Your certification is false. You have not conferred or even discussed this motion with our office. Withdraw this motion and false representation to the court immediately.

Best,

**Kelly Ann desRosiers, Esq.**
**Senior Attorney**
**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway
Suite 202
Boca Raton, FL 33487
Phone:   (561) 953-9300
Direct:   (561) 948-1950
Fax:       (561) 953-3455
Email: Kelly@Lomnitzerlaw.com
www.Lomnitzerlaw.com

---

**From:** Ana Juneja <lawyer@analaw.com>
**Sent:** Tuesday, May 20, 2025 4:57 PM
**To:** Kelly Ann desRosiers <Kelly@Lomnitzerlaw.com>
**Cc:** Allison Mingo <Allison@Lomnitzerlaw.com>; Andrea Pacheco <Andrea@Lomnitzerlaw.com>; Lorri Lomnitzer <lorri@Lomnitzerlaw.com>; Maggie Sherman <maggie@Lomnitzerlaw.com>; Eunice Tabinas <assistant@Lomnitzerlaw.com>; Christeen Morquianos <christeen@analaw.com>; Docket Team <docket@analaw.com>; Supreet Prasad <supreet@analaw.com>
**Subject:** Service of Filed Rule 4(m) Motion – Duro Beam v. Manning, No. 9:24-cv-81550-RLR // AL Docket No. 361.01006

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

**Counsel,**

**Please find attached a courtesy copy of Plaintiff's Motion for Retroactive Extension**

**of Time to Effectuate Service Pursuant to Rule 4(m), filed today as ECF No. 44.**

**Ana Juneja**
**Attorney | Ana Law LLC**
**Office: 202-266-7100 | Fax: 202-266-7101**
**Direct: 202-266-7102 | lawyer@analaw.com | analaw.com**
**1300 Pennsylvania Ave NW Suite 700 | Washington DC 20004**
**************************************************************************
**This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.**
**************************************************************************