UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No. 9:24-cv-81550-RLR

**DURO BEAM, LLC,**

**Plaintiff,**

v.

**WILLIAM E. MANNING, WEM GLOBAL, INC.,**

**JEFFREY HOOGENDAM, 360CONNECT, LLC,**

**IAN HART, IAN HART DESIGN, LLC and**

**CMI MARKETING, INC.,**

**Defendants.**

_____/

**PROPOSED ORDER GRANTING PLAINTIFF'S COUNSEL,
AMA N. APPIAH, ESQ., LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

This Matter, having come before the Court on the Plaintiff's Counsel's Motion to Withdraw from further representation of Plaintiff, Duro Beam, LLC, and

It Appearing, upon argument of counsel and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Counsel, Ama N. Appiah, Esq., Motion to Withdraw as Counsel of Record for Plaintiff, Duro Beam, LLC is GRANTED.

                                        Entered this \_\_\_\_\_ day, of _____, 2025

                                        By_____
                                        Robin L. Rosenberg
                                        United States District Judge
                                        of the Southern District of Florida

Copies to:

Kelly Ann M. desRosiers, Esq.
Lorri Lomnitzer, Esq.
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 200
Boca Raton, FL 33487
Kelly@Lomnitzerlaw.com Lorri Lomnitzer
Lorri@Lomnitzerlaw.com
*Attorneys for Defendants WEM Global, Inc. and William Manning*

Matthew Nelles, Esq.
Johnson Martin Law, P.A.
500 W. Cypress Ck. Rd., Suite 430
Ft. Lauderdale, FL 333093
matt.nelles@johnsonmartinlaw.com
www.johnsonmartinlaw.com
*Attorney for 360 Connect and Jeffrey Hoogendam*

Joshua Cooper, Esq.
Johnson Martin Law, P.A.
500 West Cypress Creek Road
Suite 430
Fort Lauderdale, Florida  33309
josh.cooper@johnsonmartinlaw.com
*Attorney for 360 Connect Jeffrey Hoogendam*

James Slater, Esq.
Slater Legal PLLC
9000 Dadeland Boulevard #1500
Miami, Florida 33156
james@slater.legal  2896711420@filings.docketbird.com, ipdocket@esca.legal, james@esca.legal, jslater@recap.email, litigation@esca.legal
*Attorney for Hart Defendants*

Louis R. Gigliotti, Esq.
Louis R. Gigliotti, P.A.
114 Goya Way,
St. Augustine, FL 32086
lgigliotti@bellsouth.net
*Attorney for Duro Beam, LLC*

2

Ana Juneja, Esq.
Ana Law LLC
1300 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
docket@analaw.com
*Attorney for Duro Beam, LLC*