```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 9:24-CV-81550-ROSENBERG


DURO BEAM, LLC,

        Plaintiff,

vs.

WILLIAM E. MANNING, WEM GLOBAL,
INC., JEFFREY HOOGENDAM, 350CONNECT,
LLC, IAN HART, IAN HART DESIGN, LLC
and CMI MARKETING, INC.,

        Defendants.
_____/


                 CERTIFICATE OF NON-APPEARANCE

        I, Susan S. Kruger, duly designated to
report the deposition of CORPORATE REPRESENTATIVE
of DURO BEAM, LLC in the Notice of Taking Deposition
heretofore filed, hereby certify that I was present
via scheduled videoconference from 9:00 a.m. until
9:16 a.m. on the 18th day of July, 2025, and that
said witness did not attend before me.

        Dated this 18th day of July, 2025.




                              _____
                              Susan S. Kruger
```

Florida Court Reporting
561-689-0999