UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-81550-WPB

DURO BEAM, LLC,

    Plaintiff,

v.

WILLIAM E. MANNING, *et al.*,

    Defendants.

## HART DEFENDANTS' NOTICE OF NON-OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT THIS ACTION BE DISMISSED

Defendants Ian Hart and Ian Hart Design, LLC (collectively, the "Hart Defendants") provide notice that they do not object to Magistrate Judge Bruce E. Reinhart's Omnibus Report and Recommendation. [ECF No. 66]. Hart Defendants respectfully request the Court adopt Judge Reinhart's Recommendation that the Court grant the defendants' motions to dismiss.

Dated: August 25, 2025

                                                Respectfully submitted,

                                                **James M. Slater**
                                                James M. Slater (FBN 111779)
                                                Slater Legal PLLC
                                                9000 Dadeland Boulevard #1500
                                                Miami, Florida 33156
                                                Tel.: (305) 523-9023
                                                james@slater.legal

                                                *Attorneys for Hart Defendants*