UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

    Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL, INC.,
JEFFREY HOOGENDAM, 360CONNECT, LLC,
IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.,

    Defendants.
_____/

## DEFENDANTS WILLIAM MANNING AND WEM GLOBAL, INC.'s NOTICE OF NON-OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION

Defendants, WEM GLOBAL, INC. ("WEM") and WILLIAM MANNING ("MANNING") (collectively, the "WEM Defendants"), by and through the undersigned counsel, file this notice advising of no objections to the Honorable Magistrate Judge Reinhart's Omnibus Report and Recommendation. *Dkt. Entry 66.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on August 25, 2025, utilizing the CM/ECF and a copy has been provided to all attorneys of record.

Dated: August 25, 2025

Respectfully submitted,
By: /s/Kelly Ann M. desRosiers
Kelly Ann M. desRosiers
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 200
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
Fax: (561) 953-3455