UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-CV-81550-WPB

DURO BEAM, LLC

      Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL,
INC., JEFFREY HOOGENDAM, 360CONNECT,
LLC, IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.

      Defendants.
_____/

**DEFENDANTS 360CONNECT, LLC'S AND JEFFREY HOOGENDAM'S NOTICE OF NON-OBJECTION TO THE MAGISTRATE'S REPORTS AND RECOMMENDATIONS**

      Defendants, 360Connect, LLC and Jeffrey Hoogendam, give notice that they do not object to Magistrate Judge Bruce E. Reinhart's Report & Recommendation to Dismiss Mr. Hoogendam from this case [DE 65] or the Omnibus Report and Recommendation dismissing the case [DE 66]. Defendants respectfully request the Court adopt Judge Reinhart's Recommendations that the Court grant the Defendants' motions to dismiss.

Dated: August 25, 2025                  Respectfully submitted,

                                              By: */s/ Matthew S. Nelles*
                                              Matthew S. Nelles
                                              Florida Bar No.: 009245
                                              Joshua Cooper
                                              Florida Bar No.: 117658
                                              matt.nelles@johnsonmartinlaw.com
                                              Johnson & Martin, P.A.
                                              500 West Cypress Creek Rd., Suite 430
                                              Ft. Lauderdale, FL 33309

        T: (954) 790-6698
        Eservice: Sari.tannenbaum@johnsonmartinlaw.com

*Attorneys for Defendants 360Connect, LLC and Nonparty Jeffrey Hoogendam*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served on August 25, 2025 with a copy of this document via the Court's ECF system.

        */s/ Matthew S. Nelles*
        Matthew S. Nelles

## SERVICE LIST

Ana Juneja, Esq.
Ana Law LLC
1300 Pennsylvania Ave NW Suite 700
Washington, DC 20004
(202) 266-7100
docket@analaw.com

Louis R. Gigliotti, Esq.
114 Goya Way,
St. Augustine, FL 32086
Email:lgigliotti@bellsouth.net

*Attorneys for Plaintiff*

James M. Slater
Slater Legal PLLC
9000 Dadeland Boulevard #1500
Miami, Florida 33156
Tel.: (305) 523-9023
james@slater.legal

*Attorney for Hart Defendants*

2

Kelly Ann M. desRosiers
Kelly@Lomnitzerlaw.com
Lorri Lomnitzer
Lorri@Lomnitzerlaw.com
Allison A. Mingo
Allison@Lomnitzerlaw.com
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 200
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301

*Attorneys for Manning Defendants*