UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81550-CIV-DIMITROULEAS

DURO BEAM, LLC,

Magistrate Judge Reinhart

      Plaintiff,

vs.

WILLIAM E. MANNING; WEM GLOBAL INC.;
JEFFREY HOOGENDAM; 360 CONNECT, LLC;
IAN HART; IAN HART DESIGN, LLC; and CMI
MARKETING, INC.,

      Defendants.

_____/

**<u>ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF
MAGISTRATE JUDGE; GRANTING PETITION FOR EAJA FEES</u>**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Bruce E. Reinhart (the "Report") [DE 65], issued on August 14, 2025, and Nonparty Jeffrey Hoogendam's Motion to Dismiss Second Amended Complaint [DE 49]. The Court notes that no objections to the Report [DE 65] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 65] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 65] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 65] is hereby **ADOPTED** and **APPROVED**;

2. Nonparty Jeffrey Hoogendam's Motion to Dismiss Second Amended Complaint [DE 49] is hereby **GRANTED**. Jeffrey Hoogendam is **DISMISSED** from this case for lack of personal jurisdiction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Reinhart
All Counsel of Record

2