UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81550-CIV-DIMITROULEAS

DURO BEAM, LLC,

    Plaintiff,

Magistrate Judge Reinhart

vs.

WILLIAM E. MANNING; WEM GLOBAL INC.;
JEFFREY HOOGENDAM; 360 CONNECT, LLC;
IAN HART; IAN HART DESIGN, LLC; and CMI
MARKETING, INC.,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING MOTIONS TO DISMISS

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Bruce E. Reinhart (the "Report") [DE 66], issued on August 21, 2025, Defendants Ian Hart and Ian Hart Design, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint [DE 38], Defendants William E. Manning and WEM Global Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint [DE 40, 43], and Defendant 360Connect, LLC's Motion to Dismiss Second Amended Complaint [DE 48]. The Court notes that no objections to the Report [DE 66] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 66] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

1

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 66] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 66] is hereby **ADOPTED** and **APPROVED**;

2. Defendants Ian Hart and Ian Hart Design, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint [DE 38], Defendants William E. Manning and WEM Global Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint [DE 40, 43], and Defendant 360Connect, LLC's Motion to Dismiss Second Amended Complaint [DE 48] are hereby **GRANTED** as follows:

    a. Counts I, IV, and V of the Second Amended Complaint are **DISMISSED WITH PREJUDICE**;

    b. Counts II and III of the Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE**;

    c. If Plaintiff Duro Beam wishes to attempt to replead Counts II and III, it may file the appropriate motion on or before September 19, 2025, append the proposed pleading, and explain why there is good cause to allow further amendment. In the absence of such a motion, the Court will close the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Reinhart
All Counsel of Record