UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81550-CIV-DIMITROULEAS

DURO BEAM, LLC,

                                                              Magistrate Judge Reinhart

    Plaintiff,

vs.

WILLIAM E. MANNING; WEM GLOBAL INC.;
JEFFREY HOOGENDAM; 360 CONNECT, LLC;
IAN HART; IAN HART DESIGN, LLC; and CMI
MARKETING, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL, CLOSING CASE

THIS CAUSE is before the Court upon the Court's September 5, 2025 Order Adopting Report and Recommendation of Magistrate Judge; Granting Motions to Dismiss [DE 71].

Therein, the Court ruled in relevant part:

1. Defendants Ian Hart and Ian Hart Design, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint [DE 38], Defendants William E. Manning and WEM Global Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint [DE 40, 43], and Defendant 360Connect, LLC's Motion to Dismiss Second Amended Complaint [DE 48] are hereby **GRANTED** as follows:

   a. Counts I, IV, and V of the Second Amended Complaint are **DISMISSED WITH PREJUDICE**;

   b. Counts II and III of the Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE**;

   c. **If Plaintiff Duro Beam wishes to attempt to replead Counts II and III, it may file the appropriate motion on or before September 19, 2025, append the proposed pleading, and explain why there is good cause to allow further amendment. In the absence of such a motion, the Court will close the case.**

*See* [DE 71] at p. 2 (emphasis added).

The September 19, 2025 deadlines has passed and Plaintiff Duro Beam has not filed a motion regarding attempting to replead Counts II and III. Accordingly, the Court will close the case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record