AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Southern District of Florida__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>24-CV-81550 RLR | DATE FILED<br>9/22/2025 | U.S. DISTRICT COURT<br>for the Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>DURO BEAM LLC | | DEFENDANT<br>Manning et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  4698229 | | DURO BEAM LLC |
| 2  4651757 | | DURO BEAM LLC |
| 3  4706401 | | DURO BEAM LLC |
| 4 | | |
| 5 | | (SEE ATTACHED) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order of Dismissal.  (see attached) |

| CLERK<br>Angela Noble | (BY) DEPUTY CLERK<br>Patricia Curtis | DATE<br>9/22/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

[ Print ]   [ Save As... ]   [ Reset ]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81550-CIV-DIMITROULEAS

DURO BEAM, LLC,

        Magistrate Judge Reinhart

    Plaintiff,

vs.

WILLIAM E. MANNING; WEM GLOBAL INC.;
JEFFREY HOOGENDAM; 360 CONNECT, LLC;
IAN HART; IAN HART DESIGN, LLC; and CMI
MARKETING, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL, CLOSING CASE

THIS CAUSE is before the Court upon the Court's September 5, 2025 Order Adopting Report and Recommendation of Magistrate Judge; Granting Motions to Dismiss [DE 71].

Therein, the Court ruled in relevant part:

1. Defendants Ian Hart and Ian Hart Design, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint [DE 38], Defendants William E. Manning and WEM Global Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint [DE 40, 43], and Defendant 360Connect, LLC's Motion to Dismiss Second Amended Complaint [DE 48] are hereby **GRANTED** as follows:

    a. Counts I, IV, and V of the Second Amended Complaint are **DISMISSED WITH PREJUDICE**;

    b. Counts II and III of the Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE**;

    c. **If Plaintiff Duro Beam wishes to attempt to replead Counts II and III, it may file the appropriate motion on or before September 19, 2025, append the proposed pleading, and explain why there is good cause to allow further amendment. In the absence of such a motion, the Court will close the case.**

1

*See* [DE 71] at p. 2 (emphasis added).

The September 19, 2025 deadlines has passed and Plaintiff Duro Beam has not filed a motion regarding attempting to replead Counts II and III. Accordingly, the Court will close the case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of September, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Patricia Curtis
Deputy Clerk
Date Sep 22, 2025

2