# EXHIBIT 1

| | |
|---|---|
| **From:** | Kelly Ann desRosiers |
| **To:** | Ana Juneja |
| **Cc:** | Lorri Lomnitzer; Admin; Docket Team; Trademark Team; Christeen Morquianos; Supreet Prasad |
| **Subject:** | RE: Response to June 11, 2024 Letter - Trademark & Copyright Infringement of Duro |
| **Date:** | Thursday, June 13, 2024 2:32:51 PM |

Good Afternoon Ms. Juneja

Please be advised, you have again failed to provide any copyright registrations – as requested – that would entitle your client to any monetary damages. You have also failed to demonstrate any of the photos that were allegedly used by my client and that they possessed a watermark. You have also failed to provide any of the "verified" documentation that my client has infringed on any marks. Further, no one has admitted to any infringement, feel free to read the response again, nothing "admitting" to infringement of any kind.

Your letter is simply full of baseless accusations. Again, we request the evidence you are referring to and maybe my client will reconsider his position. Without any of this "proof" there is no need to continue conversations or for either of our clients to incur any fees.

I further advise you that if you or your client attempt to interfere in my client's business and continue to falsely accuse his company of trademark infringement or any infringement at all, we will take any and all legal action available for your defamatory allegations and attempts to tortiously interfere with his business relations. I remind you again any frivolous lawsuit filed will be immediately met with the applicable motions for sanctions against your client as well as your firm.

My client is happy to sign a release to agree to never use any of your client's marks or photos, but he will not provide any monetary payment as your client is not entitled to it. Feel free to send a release for our review.

Best,

**Kelly Ann desRosiers, Esq.**
**Senior Attorney**
**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway
Suite 202
Boca Raton, FL 33487
Phone:   (561) 953-9300
Direct:   (561) 948-1950
Fax:     (561) 953-3455
Email: Kelly@Lomnitzerlaw.com
www.Lomnitzerlaw.com

---

**From:** Ana Juneja <lawyer@analaw.com>
**Sent:** Wednesday, June 12, 2024 3:18 PM

**To:** Kelly Ann desRosiers <Kelly@Lomnitzerlaw.com>
**Cc:** Lorri Lomnitzer <lorri@Lomnitzerlaw.com>; Maggie Sherman <maggie@Lomnitzerlaw.com>; Admin <Admin@Lomnitzerlaw.com>; Docket Team <docket@analaw.com>; Trademark Team <trademark@analaw.com>; Christeen Morquianos <christeen@analaw.com>; Supreet Prasad <supreet@analaw.com>
**Subject:** Response to June 11, 2024 Letter - Trademark & Copyright Infringement of Duro

FRE 408

Dear Attorney desRosiers,

I am in receipt of your letter dated June 11, 2024.

Your denial of liability of the infringement and incorrect application of defenses (after admitting to the infringement) is unreasonable.

The photos were ALL watermarked. Further, your client did not have the right to use DURO and give traffic to vendors.

We are also aware of your infringement of:

- American Steel Span;
- Powerbilt Steel Buildings, Inc.; and
- Pioneer Steel;

among others.

Again, using the DURO name/information (and/or other brands) and then giving the leads to other companies is illegal trademark infringement.

We have verified the leads from the DURO landing page were being sent to SteelMaster (Virginia Beach) and potentially other vendors from an individual named Nicole Arnold (about 2 weeks ago).

Failure to engage in any further productive negotiations to settle this matter will result in litigation and/or us reaching out to the parties that are also being infringed upon to take further legal action.

**Ana Juneja**
**Attorney | Ana Law LLC**
**Office:** 202-266-7100 | **Fax:** 202-266-7101
**Direct:** 202-266-7102 | [lawyer@analaw.com](mailto:lawyer@analaw.com) | [analaw.com](http://analaw.com)
1300 Pennsylvania Ave NW Suite 700 | Washington DC 20004
*************************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************************

| | |
|---|---|
| **From:** | Bill Rhea |
| **To:** | "Ana Juneja"; Kelly Ann desRosiers |
| **Cc:** | Caitlyn Freitag; Kelly Kocurek; Lorri Lomnitzer; Admin; Supreet Prasad; ian.hart@outlook.com; Kevin Kuzas; Trademark Team; Docket Team |
| **Subject:** | RE: IP Infringement of Duro Beam, LLC |
| **Date:** | Friday, July 19, 2024 2:26:44 PM |

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

Ana,

As always, we appreciate your email message.  Apparently there has been a miscommunication regarding what we have requested in the past.  I am sorry that we have "shocked" you by asking for the details of the claims being asserted against our client.  We need neither a recitation of our client's conduct nor a lesson on the applicable law.  Despite your insinuations to the contrary, we are quite well versed on both.  We have asked for the most basic of professional courtesies:  a fact based explanation from you that would indicate that your client actually possesses a good faith basis to assert a claim against 360Connect.  You have chosen not to provide that information while suggesting that you are seeking good faith negotiations.  Setting aside the emotional, somewhat insulting, and unsupported statements in your most recent email, we are willing to evaluate a legitimate statement of a claim that provides the evidence both in support of the claim as well as the damages being claimed.  You would expect the same if any party were threatening your client and/or seeking damages from your client.  To date, we have received no information that warrants a settlement offer being extended.

If your client wishes to pursue litigation, so be it.  We will, of course, respond appropriately.  If the Complaint is groundless or filed in bad faith, we will take whatever action is appropriate.  If, on the other hand, your client wishes to engage in a professional dialogue whereby the true nature of the claims asserted and damages incurred can be properly vetted, we welcome your further communications.  For example, please provide the support for the claim that your client has lost 50+ leads per week.  If a Compliant is filed and written discovery and depositions are necessary to investigate those claims, again, so be it.  The path you choose to pursue is obviously up to you and your client.  Finally, if you are genuinely "discussing the situation with others" as threatened in your email, feel free to enlighten us on exactly what you discover.  We will respond in the same professional manner to any other concerns we are made aware of.  Take care and have a great weekend.

Bill Rhea

**Bill Rhea**
**DuBOIS BRYANT & CAMPBELL**
303 Colorado, Suite 2300

Austin, TX 78701
**O**:(512) 457-8000
**F**:(512) 457-8008
bio



*Confidentiality Notice*
*This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication or any attached document is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me by reply email and destroy all copies of the original message and any attached documents.*

**From:** Ana Juneja <lawyer@analaw.com>
**Sent:** Thursday, July 18, 2024 4:38 PM
**To:** Kelly Ann desRosiers <Kelly@lomnitzerlaw.com>; Bill Rhea <brhea@dbcllp.com>
**Cc:** Caitlyn Freitag <cfreitag@dbcllp.com>; Kelly Kocurek <kkocurek@dbcllp.com>; Lorri Lomnitzer <lorri@lomnitzerlaw.com>; Admin <Admin@lomnitzerlaw.com>; Supreet Prasad <supreet@analaw.com>; ian.hart@outlook.com; Kevin Kuzas <kevin@kuzasneu.com>; Trademark Team <trademark@analaw.com>; Docket Team <docket@analaw.com>
**Subject:** Re: IP Infringement of Duro Beam, LLC

Ms. desRosiers,

The leads were NOT directed to Duro until Mr. William Manning got caught and changed the links/redirects. Infringing on a name for alleged review/commentary is not allowed when used for commercial purposes. The images were of buildings and photos that Duro reps/employees took and your client removed the watermark for and/or uploaded without consent of Duro. Mr. William Manning obviously knows how to edit the websites that he codes and direct/redirect leads as per his linkedin. Therefore, you can reference the previous version of your client's site that he altered in the last couple of months (after he was caught) if you are still wondering which photos are Duro's. Using others' photographs for commercial use is not allowed. My client is not seeking statutory copyright damages. My client will still be able to seek damages for copyright infringement, trademark infringement, deceptive and unfair trade practices, etc.

Mr. Rhea,

I should not have to re-explain to you how running ads on infringing sites and then selling those leads to competitors of Duro (along with 360's other behavior over the last few months) violates copyright law, trademark law, unfair competition, deceptive and unfair trade practices, etc.

If you are genuinely confused, please refer to the C&D, emails, previous settlement agreement / lead agreements sent to my client by Ms. Jean Warshaw, several prior

phone calls that I've had with you and Ms. Jean Warshaw, etc.

If you are STILL confused after that, then you can familiarize yourself with the law and facts when you read the complaint.

It would be unfair to force my client to incur fees to teach you the law. However, I am shocked you are not aware of the basic principles and standards in the major cases that are relevant such as Inwood.

If you need to be re-briefed on the facts and chain of events, you can ask your client, as he has all the facts that we were forced to uncover slowly.

Information has continuously been withheld by your client (even from other affiliates) in your client's attempts to shield themselves of responsibility over the last several months.

From Mr. Ian Hart's email to me on July 16:

> ... 360 Connect asked me to attend into a video conference call with the company owner, Jeff, my affiliate rep and their attorney all on the line. I was forthright and explained the PR page and the eBay affiliate store. At that point, their attorney said I should not mention the eBay arrangement as that 'upset' Bruce.

> ... I had no idea the 360 team knew about the hyphenated and e-comm sites. That information was not shared with me up front.

> ... Jeff told her that those properties were not mine and that he knew who owned the hyphenated domains. That was someone named 'Bill' and my understanding was that person did not live in the US.

We still don't know who the "Bill" who lives outside of America that allegedly owns "the hyphenated domains". It couldn't be Mr. William Manning as he states on his business records that he is serving as his own registered agent for his Florida entity (meaning he is at the listed Florida address during regular business hours).

My client is also exploring discussing the situation with others in a similar position some of the impacts that Mr. Jeff Hoogendam's and 360Connect LLC's (& related parties') behavior/actions are having in order to gain more information of how it's also affecting them.

Please note, threatening to file sanctions or ethical complaints against opposing counsel are generally considered improper conduct under ethical rules. This type of behavior can be seen as an attempt to intimidate or harass the opposing party and can undermine the integrity of the judicial process.

I have already attempted several times to call you and speak with you on the phone. Based on our conversation, it was not apparent to me that your client is interested in moving forward to resolve this matter and compensate my client for the damages

incurred from your client's behavior and actions (loss of 50+ leads per week).

You can reach out to me via phone if you are interested in an amicable and private solution. As I stated before, if I do not hear from you (and/or all of the involved parties) before July 26, 2024, I will assume you are not interested in settlement.

I have been instructed by my client to proceed with the next steps at that time.

**Ana Juneja**
**Attorney | Ana Law LLC**
**Office:** 202-266-7100 | **Fax:** 202-266-7101
**Direct:** 202-266-7102 | lawyer@analaw.com | analaw.com
1300 Pennsylvania Ave NW Suite 700 | Washington DC 20004
***************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***************************************************************************


On Thu, Jul 18, 2024 at 12:26 PM Kelly Ann desRosiers <Kelly@lomnitzerlaw.com> wrote:

> Good Morning Ms. Juneja,
>
> We are in complete agreement with Mr. Rhea. Our office has requested, numerous times, documents to support your baseless accusations and none have been provided. At a minimum, you have failed to advise even what photos are at issue. Further, our office has advised you that our client does not own the additional websites which you are attempting to connect to him.
>
> We've also explained that any use of your client's name by our client was to promote your client's services. The only mentions were in various blog posts reviewing and critiquing your client – all in a positive light. Our client linked your client to these posts and likely aided in numerous sales.
>
> Feel free to prepare for litigation, any litigation against my client will immediately be met with the motion for sanctions and seeking all attorney fees and costs for this continued harassment. We will also file the applicable counterclaims for your client's ongoing tortious interference with my client's business. My client has lost, and continues to lose, income due to your client's baseless accusations.
>
> Please be advised my client, WEM Global, Inc., has agreed not to use any of your client's photos (although still unsure he ever has) and will not discuss your client's business at all but there will be no monies paid.
>
> We remain available to discuss anything outstanding, but again, without providing the requested documents I do not believe there is much to discuss.
>
> Best,
>
> **Kelly Ann desRosiers, Esq.**
> **Senior Attorney**

**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway
Suite 202
Boca Raton, FL 33487
Phone:   (561) 953-9300
Direct:   (561) 948-1950
Fax:       (561) 953-3455
Email: Kelly@Lomnitzerlaw.com
www.Lomnitzerlaw.com

**From:** Bill Rhea <brhea@dbcllp.com>
**Sent:** Wednesday, July 17, 2024 6:48 PM
**To:** Ana Juneja <lawyer@analaw.com>; awilcox@wilcoxip.com; ian.hart@outlook.com; Kelly Ann desRosiers <Kelly@Lomnitzerlaw.com>; info@raptive.com
**Cc:** Caitlyn Freitag <cfreitag@dbcllp.com>; Kelly Kocurek <kkocurek@dbcllp.com>; Lorri Lomnitzer <lorri@Lomnitzerlaw.com>; Admin <Admin@Lomnitzerlaw.com>; Docket Team <docket@analaw.com>; Trademark Team <trademark@analaw.com>; Supreet Prasad <supreet@analaw.com>
**Subject:** Re: IP Infringement of Duro Beam, LLC

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

Ana,
Thank you for your email communication.  Respectfully though, we are having a difficult time understanding what you are asking us to respond to and/or consider.  Your email neither articulates a demand nor specifies a cause of action that you are considering asserting against our client (or any other party for that matter).  I have previously reached out to you and discussed this matter in detail.  I have also solicited from you the details behind any alleged claim you feel you might have against our client but have received no response.  Your latest email fails to put us on notice of what cause of action you are contemplating asserting (is this a trademark infringement claim, a copyright claim, or something else?).
To be clear, 360Connect has not published any copyrighted material and no claim exists against 360Connect associated with any copyright issue.  As of today, you have not put us on notice of any conduct on the part of 360Connect that would constitute trademark infringement, nor have you provided us with any information related to how you might calculate your client's alleged damages.  If your comments regarding a desire for good faith negotiations are sincere (as I presume, they are), please kindly provide us with more than conclusory statements regarding the claims being asserted.
Let me once again take time to address some of the assertions you have made.  360Connect does not control any of the websites identified in your email.  360Connect never has controlled the websites identified in your email.  360Connect does not control the marketing traffic (in fact, the website owners can take down 360Connect's ad at any time and at their discretion).  In essence, 360Connect provides a generic ad that contains a form to complete if someone is interested in purchasing a steel

building. The ad provided by 360Connect is basically in a "box" that contains no reference to Duro and certainly no photos of a Duro product. If a prospective customer responds to the ad with information like a phone number, obviously 360Connect receives that information and utilizes that information. Nothing about utilization of leads received from a generic form gives rise to a claim against 360Connect. At no time is 360Connect in control of the website, marketing traffic, or website content.

For further clarification, please note the following: 360Connect gave the website owners the ad (the box with the form in it, which is unbranded and has no photos on it), and the website owner has the option to place the ad wherever they want on their website. 360Connect controls only the information inside the box, and the publisher or website owner controls all the content outside the box. The publisher has the right to replace the ads with those of a competitor. In fact, both website owners discussed in your email regularly turned the ads on or off based on whether they thought they could get a better advertising payout from a competitor. As your communication acknowledges, the owners of the websites have taken down the 360Connect ads (at our client's request), and the websites in question currently have a competitor's ad in its place. You can see an example here: Compare Metal Buildings #1. Get Fast & Free Quotes! (metal-buildings.org). The form in the box is NOT 360Connect's but one of their competitors.

I remind you of these things because you have provided no support for your conclusory allegations. Any lawsuit filed against 360Connect based on the unfounded allegations would be frivolous at best and we certainly would recommend to 360Connect that sanctions and/or attorney's fees be sought in response. Federal Rule of Civil Procedure 11 requires that all factual contentions alleged in any pleading have evidentiary support. None of the allegations made against 360Connect have evidentiary support.

As you are aware, 360Connect has cooperated with your client's efforts to have the website owners remove any Duro references from their websites. 360Connect has addressed your client's concerns promptly and in utmost good faith. If you have additional information that is based in fact that you would like for us to consider, please share that information and we will address it promptly. For now, I remain available for your call. Take care.

Bill Rhea

Bill Rhea
DuBOIS BRYANT & CAMPBELL
303 Colorado, Suite 2300
Austin, TX 78701
O:(512) 457-8000
F:(512) 457-8008
bio



*Confidentiality Notice*

*This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication or any attached document is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me by reply email and destroy all copies of the original message and any attached documents.*

**From: Ana Juneja <lawyer@analaw.com>**

**Date: Wednesday, July 17, 2024 at 7:21 AM**

**To: Bill Rhea <brhea@dbcllp.com>, awilcox@wilcoxip.com <awilcox@wilcoxip.com>, ian.hart@outlook.com <ian.hart@outlook.com>, Kelly@lomnitzerlaw.com <Kelly@lomnitzerlaw.com>, info@raptive.com <info@raptive.com>**

**Cc: Caitlyn Freitag <cfreitag@dbcllp.com>, Kelly Kocurek <kkocurek@dbcllp.com>, Lorri Lomnitzer <lorri@lomnitzerlaw.com>, Admin <Admin@lomnitzerlaw.com>, Docket Team <docket@analaw.com>, Trademark Team <trademark@analaw.com>, Supreet Prasad <supreet@analaw.com>**

**Subject: IP Infringement of Duro Beam, LLC**

**FRE 408 - FOR SETTLEMENT PURPOSES ONLY**

Dear Attorney Rhea, Attorney desRosiers, Attorney Wilcox, CMI Team, and Mr. Hart,

We have now conversed with all parties, including Ian Hart and CMI Marketing, Inc.

We are aware of the ownership/use of the Duro sites/domains/content (including by William Manning, Ian Hart, and CMI).

We are aware that the phone number/leads on the Duro sites were managed by 360Connect, LLC; and that 360Connect, LLC is in control of these sites (and in control of marketing/traffic).

Several sites are still live and are still generating leads.

We are actively preparing for litigation. In good faith we are reaching out a final time to privately and amicably settle this matter.

If we do not hear from you before <u>July 26, 2024</u>, we will assume you are not interested in settlement and we will proceed with the next steps.

Please advise if any of the parties have litigation counsel. I am happy to send a courtesy copy of the complaint once filed.

Thank you.

**Ana Juneja**
**Attorney | Ana Law LLC**
**Office: 202-266-7100 | Fax: 202-266-7101**
**Direct: 202-266-7102 | lawyer@analaw.com | analaw.com**
**1300 Pennsylvania Ave NW Suite 700 | Washington DC 20004**
**********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have

**received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***