# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

      Plaintiff,

  v.

WILLIAM E. MANNING, WEM GLOBAL, INC.,
JEFFREY HOOGENDAM, 360CONNECT, LLC,
IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.,

      Defendants.

_____/

## DECLARATION OF LORRI LOMNITZER IN SUPPORT OF DEFENDANTS WILLIAM E. MANNING AND WEM GLOBAL, INC., MOTION FOR ENTITLEMENT TO ATTORNEY FEES AND COSTS

I,  Lorri Lomnitzer state as follows:

1.      My name is Lorri Lomnitzer.  I am over the age of 18, an attorney licensed to practice law in the State of Florida and admitted to practice in this court.  I am presently practicing law as The Lomnitzer Law Firm, P.A. and I am President of The Lomnitzer Law Firm, P.A.

2.      I am make this declaration in support of Defendants WILLIAM E. MANNING ("MANNING") and WEM GLOBAL, INC., ("WEM")(Collectively "WEM DEFENDANTS") Motion for Entitlement to Attorney's Fees and Costs on my own personal knowledge except where otherwise expressly stated.

3.      I was admitted to practice law within the State of Florida in May, 2007, and therefore have been practicing law within the State of Florida for 18 years.

4.      Pursuant to the retainer agreement between WEM DEFENDNATS and The Firm, the services rendered are charged at $200.00 per hour for paralegal/legal secretaries, $350.00 per

hour for associates, $375.00 per hour for senior attorneys and $450.00 per hour for partners and of counsel. These rates are more than reasonable for the attorneys and paralegals with this level of experience.

5.     I, and another attorney and paralegals in The Firm represented and/or performed work for WEM DEFENDANTS in the above-captioned action, including this motion for entitlement to attorney's fees and costs.

6.     The paralegal who performed the work is Maggie Sherman and the Senior Attorney is Kelly Ann desRosiers, Esq.

7.     I was admitted to practice law within the State of Florida in May, 2007 and therefore have been practicing law within the State of Florida for 17 years.

8.     Kelly Ann desRosiers was admitted to practice law within the State of Florida in September of 2019 and has been consistently practicing law for approximately five (6) years in the State of Florida. Further she has been with The Firm since February of 2023.

9.     Allison Mingo, who was previously employed by The Firm, was admitted to practice law in the State of Florida in 2023 and has been consistently practicing law for 2 years.

10.    Maggie Sherman has been working as a paralegal for approximately 14 years.

11.    Andrea Pacheco was previously employed by The Firm and assisted in this matter and has been working as a paralegal for approximately 3 years.

12.    I am familiar with the governing principles applicable to awards of attorneys' fees in the Southern District of Florida as well as the State of Florida.

13.    The Firm issued invoices to WEM DEFENDANTS on a monthly basis for the services provided to WEM DEFENDANTS under the Engagement Agreement and paid some of the Firm's invoices from the monies initially deposited into the Firm's trust account.

14.     Prior to each invoice being sent to WEM DEFENDANTS I review all time entries for reasonableness and deduct or write-off any time accordingly.

15.     The monthly redacted invoices attached to the hereto (Composite Exhibit "A") detail the hours The Firm has incurred related to the representation of WEM DEFENDANTS in this lawsuit. The recorded time entries are contemporaneously entered into our accounting software which creates a PDF invoice to calculate the totals.

16.     I have further reviewed the invoices and removed any duplicative or unrelated expenses.

17.     I can attest that the time entries are truthful and represent a contemporaneous recording of all work performed for WEM DEFENDANTS by The Firm through the date of this filing.

18.     The expenditure of such billable time was reasonably necessary to ensure proper representation of WEM DEFENDANTS, during The Firm's representation of the WEM DEFENDANTS in this action through the Order entered by this Court granting WEM DEFENDANTS' Motion to Dismiss. [Dkt. Entry 66].

19.     I personally billed a total of .7 hours over the course of The Firm's representation.

20.     The remaining hours were billed as follows:

   *a.* Kelly Ann desRosiers, Senior Associate – 46.5 hours

   *b.* Allison Mingo, Associate – 1.2 hours

   *c.* Paralegals

      *i.* Andrea Pacheco – 4.5 hours

      *ii.* Maggie Sherman – 1.6 hours

      *iii.* Paloma Jimenez - .6 hours

21.     The total attorney fees incurred is $19,547.50.

22.     The expenses incurred in this matter are $271.35.

23.     WEM DEFENDANTS continue to incur legal fees and costs to prepare this Motion for Entitlement to Attorneys' Fees and Costs and these additional fees will be reflected in the October invoice. These additional fees will include:

     *a.* Lorri Lomnitzer – 1 hour for preparation and review of all invoices and affidavit in support of motion

     *b.* Kelly desRosiers – 10 hours for preparation of Motion, affidavits, exhibits, and requisite pre-motion conferrals

     *c.* Paloma Jimenez – 1 hour for preparation and filing of Motion and exhibits

24.     Therefore, the approximate total fees for October will be $4,400.00

25.     If the Court requires any additional records to support this affidavit, please advise and we will immediately prepare and provide.

Pursuant to 28 U.S.C. §1748, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Boca Raton, Florida, on this 21st day of October 2025.

_____

LORRI LOMNITZER, ESQ.



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



# Invoice

| | |
|---|---|
| Invoice Number | 255527 |
| Invoice Date | 10/08/2025 |
| Payment Due On | 10/08/2025 |
| **Amount Due** | **$678.30** |

[ Pay Now ]

Scan to pay

# WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| ██████ | ████████████████████ ██████████████████ | ██ | █████ | ██████ | ██████ |
| ██████ | ████████████████████ ██████████████████ | ██ | █████ | ██████ | ██████ |
| 09/05/2025 | 1 email sent/reviewed regarding granting of Motion to Dismiss | KD | $375.00 | 0.20 | $75.00 |
| 09/10/2025 | 2 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |

| 09/12/2025 | case review/cancel deadlines/read dismissal filings counts dismissed/ | MS | $200.00 | 0.30 | $60.00 |
|---|---|---|---|---|---|
| | ███████████████████████████████████ | | | | |
| 09/18/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 09/22/2025 | 1 email sent/reviewed regarding Activity in Case 9:24-cv-81550-WPD DURO BEAM LLC v. Manning et al Order Dismissing/Closing Case | KD | $375.00 | 0.20 | $75.00 |
| 09/23/2025 | Telephone call with co-defendant counsel regarding moving forward with entitlement motions | KD | $375.00 | 0.40 | $150.00 |
| 09/23/2025 | 73. Form AO 120 Report on the Filing or Determination of an Action Regarding A Patent or Trademark reviewed | KD | $375.00 | 0.10 | $37.50 |
| 09/23/2025 | 72. Order of Dismissal - Closing Case reviewed | KD | $375.00 | 0.10 | $37.50 |
| 09/23/2025 | 3 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 09/24/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| | | | | | **$675.00** |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 09/30/2025 | PACER Research | $3.30 | 1.00 | $3.30 |
| | | | | **$3.30** |

| | | |
|---|---|---|
| | **Subtotal** | **$678.30** |
| | **Total** | **$678.30** |
| | **Prior Balances** | **$6,294.10** |
| | **Payments Since Last Invoice** | **-$6,294.10** |
| | **Total Balance Due** | **$678.30** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|----------------|----------|--------|------------------|-----|
| 09/05/2025 | 255468 | 09/05/2025 | $6,294.10 | $6,294.10 | $0.00 |
| **Total** | | | **$6,294.10** | **$6,294.10** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 09/20/2025 | ███████████████████████████████████ ████████████████████████████████ | ██████ | ██████ | $6,294.10 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



# Invoice

| | |
|---|---|
| Invoice Number | 255468 |
| Invoice Date | 09/05/2025 |
| Payment Due On | 09/05/2025 |
| **Amount Due** | **$6,294.10** |

# WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 08/01/2025 | Telephone conference with client regarding potential settlement offer and strategy moving forward | KD | $375.00 | 0.30 | $112.50 |
| 08/01/2025 | 6 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.30 | $112.50 |
| 08/01/2025 | 4 emails sent/reviewed regarding Follow Up From Call | KD | $375.00 | 0.40 | $150.00 |
| 08/04/2025 | 2 emails sent/reviewed regarding Duro Beam - Status Report | KD | $375.00 | 0.10 | $37.50 |
| 08/04/2025 | 1 email sent/reviewed regarding Duro Beam v. Manning et al - Status Report | KD | $375.00 | 0.10 | $37.50 |

| Date | Description | Init. | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/04/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| ████████ | ████████████████████████████ | ██ | ██████ | ████ | ████0 |
| 08/06/2025 | 8.06 Status Report created, then edited and reviewed | KD | $375.00 | 0.90 | $337.50 |
| 08/06/2025 | 13 emails sent/reviewed regarding Duro Beam v. Manning et al - Status Report | KD | $375.00 | 0.60 | $225.00 |
| 08/06/2025 | 8.06 Status Report created | KD | $375.00 | 0.10 | $37.50 |
| 08/11/2025 | Services provided on 8/11/2025 <br>- 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning (0.10hrs) | AP | $200.00 | 0.10 | $20.00 |
| 08/11/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 08/11/2025 | 6 emails sent/reviewed regarding Duro Beam v. Manning et al - Status Report | KD | $375.00 | 0.30 | $112.50 |
| ████████ | ████████████████████████ | ██ | ██████ | ████ | ████0 |
| 08/12/2025 | 2 emails sent/reviewed regarding Duro Beam v. Manning et al - Status Report | KD | $375.00 | 0.10 | $37.50 |
| ████████ | ██████████████████████████████████ | ██ | ██████ | ████ | ████████ |
| 08/13/2025 | 2 emails sent/reviewed regarding Service of Court Documents Case No. 9:24-cv-81550-RLR | KD | $375.00 | 0.10 | $37.50 |
| 08/13/2025 | 2 emails sent/reviewed regarding SERVICE OF COURT DOCUMENTS: Duro Beam v. Manning, No. 9:24-cv-81550 - Plaintiff Duro Beam, LLC's Interrogatories, Request for Production and Request for Admissions to Defendants William Manning and WEM Global | KD | $375.00 | 0.10 | $37.50 |
| ████████ | ████████████████████████████████████ | ██ | ██████ | ████ | ████████ |
| 08/13/2025 | Email attachment reviewed - DURO - Request for Production - William Manning and WEM Global | KD | $375.00 | 0.10 | $37.50 |
| 08/13/2025 | Preparation for Plaintiff's Deposition | KD | $375.00 | 0.80 | $300.00 |
| 08/14/2025 | Attendance at Deposition of Plaintiff's Corporate Representative | KD | $375.00 | 8.00 | $3,000.00 |
| 08/14/2025 | 1 email reviewed regarding Activity in Case 9:24-cv-81550-WPD DURO BEAM LLC v. Manning et al Report and Recommendations | JG | $350.00 | 0.40 | $140.00 |

| 08/14/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.20 | $75.00 |
|---|---|---|---|---|---|
| 08/14/2025 | Telephone conference with attorneys | KD | $375.00 | 0.50 | $187.50 |
| 08/19/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| ███████ | ████████████████████████████████ ████████████ | ██ | ███████ | ████ | █████ |
| 08/21/2025 | 5 emails sent/reviewed regarding Activity in Case 9:24-cv-81550-WPD DURO BEAM LLC v. Manning et al Report and Recommendations | KD | $375.00 | 0.20 | $75.00 |
| 08/21/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 08/21/2025 | 2 emails sent/reviewed regarding Potential Telephone Call | KD | $375.00 | 0.10 | $37.50 |
| 08/25/2025 | Prepare and E-file | PJ | $200.00 | 0.60 | $120.00 |
| 08/25/2025 | review responses to magistrates notices of recommendations to dismiss matter | MS | $200.00 | 0.10 | $20.00 |
| ███████ | ████████████████████████████████ █████████ | ██ | ███████ | ████ | █████ |
| 08/25/2025 | 2 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 08/25/2025 | Notice of Non-Objection edited | KD | $375.00 | 0.10 | $37.50 |
| 08/26/2025 | 4 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.50 | $187.50 |
| 08/28/2025 | 66. Omnibus Report and Recommendation on Motion to Dismiss reviewed | KD | $375.00 | 0.10 | $37.50 |
| | | | | | **$6,292.50** |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 08/31/2025 | PACER Research | $1.60 | 1.00 | $1.60 |
| | | | | **$1.60** |

| | |
|---|---|
| **Subtotal** | **$6,294.10** |
| **Total** | **$6,294.10** |
| **Prior Balances** | **$1,225.00** |
| **Payments Since Last Invoice** | **-$1,225.00** |
| **Total Balance Due** | **$6,294.10** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|----------------|----------|--------|------------------|-----|
| 08/06/2025 | 255187 | 08/07/2025 | $1,225.00 | $1,225.00 | $0.00 |
| **Total** | | | **$1,225.00** | **$1,225.00** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 08/15/2025 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | $1,225.00 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



## Invoice

| | |
|---|---|
| Invoice Number | 255187 |
| Invoice Date | 08/06/2025 |
| Payment Due On | 08/07/2025 |
| **Amount Due** | **$1,225.00** |

## WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

### Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 07/03/2025 | Services provided on 7/3/2025<br>- 1 email sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition (0.10hrs)<br>- 1 email sent/reviewed regarding Please calendar RV: Duro Beam, LLC v 360 Connect et al - Notice of Deposition (0.10hrs) | AP | $200.00 | 0.20 | $40.00 |
| 07/09/2025 | 1 email sent/reviewed regarding Please Calendar FW: Duro Beam, LLC v 360 Connect et al: Re-Notice of Deposition of Corp. Rep. of Duro Beam, LLC | KD | $375.00 | 0.10 | $37.50 |
| 07/09/2025 | 1 email sent/reviewed regarding Duro Beam, LLC v 360 Connect et al: Re-Notice of Deposition of Corp. Rep. of Duro Beam, LLC | KD | $375.00 | 0.10 | $37.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 07/17/2025 | 1 email sent/reviewed regarding Duro Beam, LLC v 360 Connect et al: July 18 Deposition | KD | $375.00 | 0.10 | $37.50 |
| 07/24/2025 | 1 email sent/reviewed regarding Re-Notice of Deposition of Corp Rep of Duro Beam | KD | $375.00 | 0.10 | $37.50 |
| 07/25/2025 | Services provided on 7/25/2025<br>- 1 email sent/reviewed regarding Please calendar FW: Request for consultation (0.10hrs)<br>- 3 emails sent/reviewed regarding Request for consultation (0.20hrs) | AP | $200.00 | 0.30 | $60.00 |
| 07/25/2025 | 2 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.30 | $112.50 |
| ███████████ | ████████████████████ | ██ | ██████ | ████ | █████ |
| 07/28/2025 | 3 emails sent/reviewed regarding Duro Beam Settlement discussion | KD | $375.00 | 0.20 | $75.00 |
| 07/28/2025 | 1 email sent/reviewed regarding Duro Beam v. Manning, et. al. - Case No. 9:24-CV-81550 - Motion to Compel/ Sanctions | KD | $375.00 | 0.10 | $37.50 |
| 07/29/2025 | 3 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.40 | $150.00 |
| 07/29/2025 | 1 email sent/reviewed regarding Re-Notice of Deposition of Corp Rep of Duro Beam | KD | $375.00 | 0.10 | $37.50 |
| 07/29/2025 | 3 emails sent/reviewed regarding Potential Telephone Call | KD | $375.00 | 0.20 | $75.00 |
| 07/29/2025 | 6 emails sent/reviewed regarding Duro Beam Settlement discussion | KD | $375.00 | 0.30 | $112.50 |
| 07/29/2025 | Telephone correspondence with counsel for co-defendants regarding potential sanctions against plaintiff | KD | $375.00 | 0.20 | $75.00 |
| 07/29/2025 | 22. Order Setting Zoom Discovery Status Conference - August 13, 2025, 3PM - Joint Discovery Status Report - August 6, 2025 reviewed | KD | $375.00 | 0.10 | $37.50 |
| 07/31/2025 | Telephone conference with attorneys regarding settlement negotiation | KD | $375.00 | 0.20 | $75.00 |
| 07/31/2025 | 2 emails sent/reviewed regarding Follow Up From Call | KD | $375.00 | 0.20 | $75.00 |
| 07/31/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 07/31/2025 | 1 email sent/reviewed regarding Potential Telephone Call | KD | $375.00 | 0.10 | $37.50 |
| | | | | | **$1,225.00** |

| | |
|---|---|
| **Subtotal** | **$1,225.00** |
| **Total** | **$1,225.00** |
| **Prior Balances** | $2,642.32 |
| **Payments Since Last Invoice** | -$2,642.32 |
| **Total Balance Due** | $1,225.00 |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|---------------|----------|--------|------------------|-----|
| 07/03/2025 | 254387 | 07/07/2025 | $2,642.32 | $2,642.32 | $0.00 |
| **Total** | | | **$2,642.32** | **$2,642.32** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 07/15/2025 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ | $2,642.32 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



# Invoice

| | |
|---|---|
| Invoice Number | 254387 |
| Invoice Date | 07/03/2025 |
| Payment Due On | 07/07/2025 |
| **Amount Due** | **$2,642.32** |

# WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 06/02/2025 | Docket Review | AP | $200.00 | 0.10 | $20.00 |
| 06/02/2025 | 2 emails sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.10 | $37.50 |
| 06/03/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 06/03/2025 | Reply to Response in Opposition to Motion to Dismiss edited | KD | $375.00 | 2.00 | $750.00 |
| 06/03/2025 | 51. Plaintiff's Resposne to Defendant Manning's Motion to Dismiss anaylzed and reviewed | KD | $375.00 | 0.50 | $187.50 |
| 06/03/2025 | 35. Amended Complaint reviewed | KD | $375.00 | 0.10 | $37.50 |
| 06/04/2025 | Reply to Response in Opposition to Motion to Dismiss edited | KD | $375.00 | 1.70 | $637.50 |

| ████████ | ██████████████████████████████████ | ██ | ██████ | ████ | ███████ |
|---|---|---|---|---|---|
| ████████ | ████████████████████████████████████ | ██ | ██████ | ████ | ███████ |
| 06/04/2025 | Reply to Response in Opposition to Motion to Dismiss created, then edited | KD | $375.00 | 0.10 | $37.50 |
| 06/04/2025 | 1 email sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.10 | $37.50 |
| 06/05/2025 | 1 email sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.20 | $75.00 |
| 06/05/2025 | 1 email sent confirming deposition | AP | $200.00 | 0.10 | $20.00 |
| 06/06/2025 | Review of Renotice of Deposition and calendar - Email attachment reviewed - Renotice of Deposition - Duro Corp Rep (3) (0.10hrs) - 1 email sent/reviewed regarding Please calendar RV: Duro Beam, LLC v 360 Connect et al - Notice of Deposition (0.10hrs) | AP | $200.00 | 0.20 | $40.00 |
| 06/09/2025 | Services provided on 6/9/2025 - Reply to Response in Opposition to Motion to Dismiss edited (0.10hrs) - 50. P's Response in Opposition to D'Hart's Motion to Dismiss reviewed (0.10hrs) - 51. P's Response in Opposition to Defendant Manning's Motion to Dismiss reviewed (0.10hrs) - 1 email sent/reviewed regarding (hold) Deposition of Duro Beam, LLC Corporate Representative-Notice of Deposition (0.10hrs) | AP | $200.00 | 0.40 | $80.00 |
| 06/10/2025 | 2 emails sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.10 | $37.50 |
| 06/11/2025 | 4 emails sent/reviewed regarding Motion to Withdraw as Counsel for Duro Beam, LLC. Case No: 9:24-cv-81550-RLR | KD | $375.00 | 0.10 | $37.50 |
| 06/12/2025 | 2 emails sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.20 | $75.00 |
| 06/13/2025 | 1 email sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.10 | $37.50 |
| 06/16/2025 | 1 email sent/reviewed regarding Activity in Case 9:24-cv-81550-RLR DURO BEAM LLC v. Manning et al Reply in Support of Motion | KD | $375.00 | 0.10 | $37.50 |
| ████████ | ██████████████████████████████████ ██████████████████████████████ █████████████████████████████████████████ ██████████████████████████████████ ████████████ | ██ | ██████ | ████ | ███████ |
| 06/19/2025 | 2 emails sent/reviewed | MS | $200.00 | 0.10 | $20.00 |

| | | | | |
|---|---|---|---|---|
| 06/23/2025 | Reply to Response in Opposition to Motion to Dismiss reviewed<br>- Reply to Response in Opposition to Motion to Dismiss reviewed (0.10hrs) | AP | $200.00 | 0.10 | $20.00 |
| 06/23/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 06/24/2025 | 2 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 06/25/2025 | 1 email sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Rescheduling Deposition | KD | $375.00 | 0.10 | $37.50 |
| | | | | | **$2,602.50** |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 06/02/2025 | PACER Research | $0.10 | 6.00 | $0.60 |
| 06/30/2025 | PACER Research | $7.00 | 1.00 | $7.00 |
| 06/30/2025 | LN Research Costs | $32.22 | 1.00 | $32.22 |
| | | | | **$39.82** |

| | |
|---|---|
| **Subtotal** | **$2,642.32** |
| **Total** | **$2,642.32** |
| **Prior Balances** | **$3,027.19** |
| **Payments Since Last Invoice** | **-$3,027.19** |
| **Total Balance Due** | **$2,642.32** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|----------------|----------|--------|------------------|-----|
| 06/06/2025 | 254283 | 06/06/2025 | $3,027.19 | $3,027.19 | $0.00 |
| **Total** | | | **$3,027.19** | **$3,027.19** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 06/17/2025 | ███████████████████████████████████████ ██████████████████████████████████ | ██████ | ██████ | $3,027.19 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



## Invoice

| | |
|---|---|
| Invoice Number | 254283 |
| Invoice Date | 06/06/2025 |
| Payment Due On | 06/06/2025 |
| **Amount Due** | **$3,027.19** |

# WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 05/02/2025 | Review, Edit and serve via regular email Safe Harbor Letter | AP | $200.00 | 0.30 | $60.00 |
| 05/02/2025 | Safe Harbor Letter edited | KD | $375.00 | 0.20 | $75.00 |
| 05/02/2025 | Motion for Sanctions edited | KD | $375.00 | 0.20 | $75.00 |
| 05/06/2025 | 1 email sent/reviewed regarding Activity in Case 9:24-cv-81550-RLR DURO BEAM LLC v. Manning et al Order on Motion to Dismiss | KD | $375.00 | 0.10 | $37.50 |
| 05/08/2025 | review deadlines | MS | $200.00 | 0.20 | $40.00 |
| 05/09/2025 | Defendants WEM Motion to Dismiss reviewed | KD | $375.00 | 0.30 | $112.50 |

| | | | | |
|---|---|---|---|---|
| 05/09/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 05/14/2025 | 35. Amended Complaint reviewed | KD | $375.00 | 0.60 | $225.00 |
| 05/15/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 05/16/2025 | 1 email sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 05/19/2025 | Motion for Sanctions edited | KD | $375.00 | 0.40 | $150.00 |
| 05/19/2025 | Defendants WEM Motion to Dismiss Second Amended Complaint edited | KD | $375.00 | 0.40 | $150.00 |
| 05/19/2025 | Renewed Safe Harbor Letter created, then edited | KD | $375.00 | 0.70 | $262.50 |
| 05/19/2025 | 3 emails sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.10 | $37.50 |
| 05/19/2025 | 34. ORDER denying as moot Motions to Dismiss reviewed | LL | $450.00 | 0.20 | $90.00 |
| 05/19/2025 | 9. Order of Reference to Magistrate Judge and Order of Court-Mandated Requirements on Service, Defaults and Joint Scheduling Reports reviewed | LL | $450.00 | 0.10 | $45.00 |
| 05/19/2025 | 36. Defendant 360 Connect Request for Clarification reviewed | LL | $450.00 | 0.10 | $45.00 |
| 05/19/2025 | Review and E file Defendants WEM Motion to Dismiss Second Amended Complaint | AP | $200.00 | 0.40 | $80.00 |
| 05/19/2025 | 1 email sent/reviewed regarding 05.19.2025 USPS Label - WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | MS | $200.00 | 0.10 | $20.00 |
| 05/19/2025 | 2 emails sent/reviewed regarding IMPORTANT CORRESPONDENCE FOR YOUR REVIEW | MS | $200.00 | 0.20 | $40.00 |
| 05/20/2025 | 33.1 Exhibit A to the Motion to Dismiss reviewed | KD | $375.00 | 0.10 | $37.50 |
| 05/20/2025 | 10 emails sent/reviewed regarding Registered: IMPORTANT CORRESPONDENCE FOR YOUR REVIEW | KD | $375.00 | 0.60 | $225.00 |
| 05/20/2025 | Defendants WEM Global and William Manning's Supplement to Motion to Dismiss created | KD | $375.00 | 0.80 | $300.00 |
| 05/20/2025 | Supplement to Motion to Dismiss - Exhibit A edited | KD | $375.00 | 0.10 | $37.50 |

| 05/20/2025 | 1 email sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.10 | $37.50 |
| 05/20/2025 | 1 email sent/review rescheduling DURO BEAM CR deposition | AP | $200.00 | 0.10 | $20.00 |
| 05/20/2025 | E-File Supplement on Motion to Dismiss | AP | $200.00 | 0.10 | $20.00 |
| 05/20/2025 | Review affidavit of service WEM and William Manning filed by OC | AP | $200.00 | 0.10 | $20.00 |
| 05/21/2025 | 1 email sent/reviewed regarding Registered: IMPORTANT CORRESPONDENCE FOR YOUR REVIEW | KD | $375.00 | 0.10 | $37.50 |
| 05/21/2025 | 44. Plaintiff's Motion for Retroactive Extension of Time to Service reviewed | KD | $375.00 | 0.10 | $37.50 |
| 05/21/2025 | 1 email sent/reviewed regarding Activity in Case 9:24-cv-81550-RLR DURO BEAM LLC v. Manning et al Motion to Strike | KD | $375.00 | 0.10 | $37.50 |
| 05/21/2025 | 1 email sent/reviewed regarding Activity in Case 9:24-cv-81550-RLR DURO BEAM LLC v. Manning et al Order on Motion for Clarification | KD | $375.00 | 0.10 | $37.50 |
| 05/21/2025 | Motion to Strike or in the Alternative Response in Opposition edited | KD | $375.00 | 1.00 | $375.00 |
| 05/21/2025 | E-File Motion to Strike or in the Alternative Response in Opposition | AP | $200.00 | 0.10 | $20.00 |
| 05/27/2025 | 1 email sent/reviewed regarding Activity in Case 9:24-cv-81550-RLR DURO BEAM LLC v. Manning et al Order on Motion for Extension of Time | KD | $375.00 | 0.10 | $37.50 |
| 05/27/2025 | 2 emails sent/reviewed regarding WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| | | | | | **$2,975.00** |

## Expenses

| Date | Description | Cost | Qty | Total |
|------|-------------|------|-----|-------|
| 05/02/2025 | USPS Priority Mail Package (Ama Appiah Esq. and Ana Juneja, Esq.) | $8.40 | 2.00 | $16.80 |
| 05/02/2025 | copies | $0.25 | 23.00 | $5.75 |
| 05/19/2025 | USPS Priority Mail Package (Ama Appiah Esq. and Ana Juneja, Esq.) | $8.40 | 2.00 | $16.80 |
| 05/30/2025 | LN Research Costs | $10.94 | 1.00 | $10.94 |
| 05/30/2025 | PACER Research | $1.90 | 1.00 | $1.90 |
| | | | | **$52.19** |

| | |
|---|---|
| **Subtotal** | **$3,027.19** |
| **Total** | **$3,027.19** |
| **Prior Balances** | **$4,988.33** |
| **Payments Since Last Invoice** | **-$4,988.33** |
| **Total Balance Due** | **$3,027.19** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|----------------|----------|--------|------------------|-----|
| 05/07/2025 | 253719 | 05/07/2025 | $4,988.33 | $4,988.33 | $0.00 |
| **Total** | | | **$4,988.33** | **$4,988.33** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 05/14/2025 | ████████████████████████ ████████████████████████████████ | ████ | ████ | $4,988.33 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



## Invoice

| | |
|---|---|
| Invoice Number | 253719 |
| Invoice Date | 05/07/2025 |
| Payment Due On | 05/07/2025 |
| **Amount Due** | **$4,988.33** |

# WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 04/09/2025 | Review docket | AP | $200.00 | 0.10 | $20.00 |
| 04/10/2025 | Draft Notice of Appearance | AP | $200.00 | 0.30 | $60.00 |
| 04/10/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 04/10/2025 | Defendants W.Manning and WEM Global Notice of Appearance edited | KD | $375.00 | 0.10 | $37.50 |
| 04/11/2025 | E-File Notice of Appearance KD - WEM GLOBAL | AP | $200.00 | 0.10 | $20.00 |
| 04/11/2025 | 4 emails sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.20 | $75.00 |
| 04/14/2025 | Review docket as for affidavit of service | AP | $200.00 | 0.10 | $20.00 |
| 04/14/2025 | Review calendar dates | AP | $200.00 | 0.20 | $40.00 |

| 04/14/2025 | 4 emails sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
|---|---|---|---|---|---|
| ██████████ | ████████████████████████████████████ | ██ | ██████ | ████ | ██████ |
| 04/14/2025 | Defendants WEM Motion to Dismiss created, then edited | KD | $375.00 | 2.50 | $937.50 |
| 04/17/2025 | Review docket | AP | $200.00 | 0.10 | $20.00 |
| 04/21/2025 | Motion for Sanctions created | KD | $375.00 | 0.10 | $37.50 |
| 04/21/2025 | Safe Harbor Letter edited | KD | $375.00 | 0.90 | $337.50 |
| 04/21/2025 | 1 email sent/reviewed regarding 24-CV-81550 Duro Beam LLC v. Ian Hart et al | KD | $375.00 | 0.10 | $37.50 |
| 04/22/2025 | 1 email sent/reviewed regarding 24-CV-81550 Duro Beam LLC v. Ian Hart et al | KD | $375.00 | 0.10 | $37.50 |
| 04/24/2025 | Motion for Sanctions reviewed for KD | AM | $325.00 | 0.90 | $292.50 |
| 04/24/2025 | Safe Harbor Letter reviewed for KD | AM | $325.00 | 0.30 | $97.50 |
| 04/24/2025 | 7 emails sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.30 | $112.50 |
| ██████████ | ████████████████████████████████████ | ██ | ██████ | ████ | ██████ |
| 04/24/2025 | Motion for Sanctions created, then edited | KD | $375.00 | 1.70 | $637.50 |
| 04/24/2025 | Affidavit of William Manning created, then edited | KD | $375.00 | 1.70 | $637.50 |
| 04/24/2025 | Notice of Deposition - Duro Corp Rep created | KD | $375.00 | 0.10 | $37.50 |
| 04/24/2025 | Defendants WEM Motion to Dismiss edited | KD | $375.00 | 0.80 | $300.00 |
| 04/24/2025 | Safe Harbor Letter edited | KD | $375.00 | 0.60 | $225.00 |
| 04/24/2025 | 11 emails sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.70 | $262.50 |
| ██████████ | ████████████████████████████████████ | ██ | ██████ | ████ | ██████ |
| 04/24/2025 | Defendant's WEM GLOBAL Corporate Disclosures edited | KD | $375.00 | 0.10 | $37.50 |
| 04/24/2025 | Prepare and E-file Motion to Dismiss | AP | $200.00 | 0.10 | $20.00 |
| 04/24/2025 | Draft Corporate Disclosures | AP | $200.00 | 0.20 | $40.00 |
| 04/24/2025 | Prepare and E-file Corporate Disclosures | AP | $200.00 | 0.10 | $20.00 |
| 04/25/2025 | Defendants WEM Motion to Dismiss edited | KD | $375.00 | 0.30 | $112.50 |
| 04/25/2025 | 6 emails sent/reviewed regarding Duro Beam, LLC v 360 Connect et al - Notice of Deposition | KD | $375.00 | 0.20 | $75.00 |
| 04/28/2025 | Review Judge procedures | AP | $200.00 | 0.20 | $40.00 |
| | | | | | $4,852.50 |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 04/09/2025 | PACER Research | $0.10 | 6.00 | $0.60 |
| 04/14/2025 | PACER Research | $0.10 | 5.00 | $0.50 |
| 04/17/2025 | PACER Research | $0.10 | 5.00 | $0.50 |
| 04/30/2025 | LN Research Costs | $124.93 | 1.00 | $124.93 |
| 04/30/2025 | PACER Research | $9.30 | 1.00 | $9.30 |
| | | | | **$135.83** |

| | |
|---|---|
| **Subtotal** | **$4,988.33** |
| **Total** | **$4,988.33** |
| **Prior Balances** | **$268.30** |
| **Payments Since Last Invoice** | **-$268.30** |
| **Total Balance Due** | **$4,988.33** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|---------------|----------|--------|------------------|-----|
| 04/08/2025 | 253310 | 04/08/2025 | $268.30 | $268.30 | $0.00 |
| **Total** | | | **$268.30** | **$268.30** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 04/14/2025 | ███████████████████████████ ████████████████████████████ | █████ | ████ | $268.30 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



## Invoice

| | |
|---|---|
| Invoice Number | 253310 |
| Invoice Date | 04/08/2025 |
| Payment Due On | 04/08/2025 |
| **Amount Due** | **$268.30** |

# WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 03/04/2025 | 4 emails sent/reviewed regarding 24-CV-81550 Duro Beam LLC v. Ian Hart et al | KD | $375.00 | 0.10 | $37.50 |
| 03/18/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 03/18/2025 | 4 emails sent/reviewed regarding 24-CV-81550 Duro Beam LLC v. Ian Hart et al | KD | $375.00 | 0.10 | $37.50 |
| 03/18/2025 | 1 email sent/reviewed to client regarding Duro Beam v. Manning, et. al. | KD | $375.00 | 0.10 | $37.50 |
| 03/19/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 03/20/2025 | 1 email sent/reviewed regarding IP Infringement of Duro Beam, LLC | KD | $375.00 | 0.10 | $37.50 |
| 03/24/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |

|  |  |
|---|---|
|  | **$262.50** |

## Expenses

| Date | Description | Cost | Qty | Total |
|------|-------------|------|-----|-------|
| 03/31/2025 | PACER Research | $5.80 | 1.00 | $5.80 |
|  |  |  |  | **$5.80** |

| | |
|---|---|
| **Subtotal** | **$268.30** |
| **Total** | **$268.30** |
| **Prior Balances** | $1,017.21 |
| **Payments Since Last Invoice** | -$1,017.21 |
| **Total Balance Due** | **$268.30** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|---------------|----------|--------|------------------|-----|
| 03/07/2025 | 253050 | 03/07/2025 | $1,017.21 | $1,017.21 | $0.00 |
| **Total** | | | **$1,017.21** | **$1,017.21** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 03/11/2025 | ███████████████ ███████████████ | ███ | ███ | $1,017.21 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



# Invoice

| Invoice Number | 253050 |
|---|---|
| Invoice Date | 03/07/2025 |
| Payment Due On | 03/07/2025 |
| **Amount Due** | **$1,017.21** |

## WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 02/05/2025 | 2 emails sent/reviewed regarding Duro Beam v. Manning, et. al. | KD | $375.00 | 0.10 | $37.50 |
| 02/06/2025 | 2 emails sent/reviewed regarding Duro Beam v. Manning, et. al. | KD | $375.00 | 0.10 | $37.50 |
| 02/07/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | LL | $450.00 | 0.10 | $45.00 |
| 02/10/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 02/17/2025 | Review of recently filed Order Setting Status Conference, Calendar Call, Pretrial Deadlines and Trial Date and Order of Reference to Mediation | KD | $375.00 | 0.10 | $37.50 |
| 02/18/2025 | 2 emails sent/reviewed regarding Duro Beam v. Manning, et. al. | KD | $375.00 | 0.10 | $37.50 |

| 02/18/2025 | 3 emails coordinating call regarding demand letter | AP | $200.00 | 0.10 | $20.00 |
| 02/19/2025 | 21. Order Setting Status Conference, Calendar Call, Pretrial Deadlines and Trial Date and Order of Reference to Mediation reviewed | KD | $375.00 | 0.10 | $37.50 |
| 02/19/2025 | Telephone Call with Counsel for Ian Hart | KD | $375.00 | 0.30 | $112.50 |
| 02/19/2025 | 360Connect Affiliate Agreement_encrypted_ reviewed to determine indemnity requirement | KD | $375.00 | 0.10 | $37.50 |
| 02/19/2025 | 2 emails sent/reviewed regarding 24-CV-81550 Duro Beam LLC v. Ian Hart et al | KD | $375.00 | 0.10 | $37.50 |
| 02/19/2025 | 1 email sent/reviewed regarding RV: WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 02/21/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 02/26/2025 | Rejection of Indemnification created, then edited | KD | $375.00 | 0.80 | $300.00 |
| 02/26/2025 | 1 email sent/reviewed regarding 24-CV-81550 Duro Beam LLC v. Ian Hart et al | KD | $375.00 | 0.10 | $37.50 |
| 02/26/2025 | 1 email sent/reviewed regarding RV: WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning | KD | $375.00 | 0.10 | $37.50 |
| 02/26/2025 | 1 email sent/reviewed regarding Duro Beam v. Manning, et. al. | KD | $375.00 | 0.10 | $37.50 |
| 02/26/2025 | Prepare and serve response to indemnity demand letter | AP | $200.00 | 0.20 | $40.00 |
| | | | | | **$1,005.00** |

## Expenses

| Date | Description | Cost | Qty | Total |
|------|-------------|------|-----|-------|
| 02/28/2025 | PACER Research | $5.60 | 1.00 | $5.60 |
| 02/28/2025 | LN Research Costs | $6.61 | 1.00 | $6.61 |
| | | | | **$12.21** |

| | |
|---|---|
| **Subtotal** | **$1,017.21** |
| **Total** | **$1,017.21** |
| **Prior Balances** | **$730.60** |
| **Payments Since Last Invoice** | **-$730.60** |
| **Total Balance Due** | **$1,017.21** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|----------------|----------|--------|------------------|-----|
| 01/09/2025 | 242593 | 01/09/2025 | $147.60 | $147.60 | $0.00 |
| 02/06/2025 | 242854 | 02/10/2025 | $583.00 | $583.00 | $0.00 |
| **Total** | | | **$730.60** | **$730.60** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 02/11/2025 | ██████████████████ ████████████ | ████ ████████ | ████ ███ | $147.60 |
| 02/11/2025 | ██████████████████ ████████████ | ████ | ████ ███ | $583.00 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com



# Invoice

| | |
|---|---|
| Invoice Number | 242854 |
| Invoice Date | 02/06/2025 |
| Payment Due On | 02/10/2025 |
| **Amount Due** | **$583.00** |

# WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 01/02/2025 | Telephone correspondence with client regarding strategy and service | KD | $375.00 | 0.50 | $187.50 |
| 01/03/2025 | 2 emails sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 01/06/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 01/07/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | LL | $450.00 | 0.10 | $45.00 |
| 01/08/2025 | 2 emails sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 01/14/2025 | 3 emails sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.10 | $37.50 |
| 01/21/2025 | 1 email sent/reviewed regarding Duro Beam Litigation | LL | $450.00 | 0.10 | $45.00 |
| 01/21/2025 | 2 emails sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.30 | $112.50 |

| 01/21/2025 | SKM_C22725012011120 created | | KD | $375.00 | 0.10 | $37.50 |
|---|---|---|---|---|---|---|
| | | | | | | **$577.50** |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 01/31/2025 | PACER Research | $5.50 | 1.00 | $5.50 |
| | | | | **$5.50** |

| | |
|---|---|
| **Subtotal** | **$583.00** |
| **Total** | **$583.00** |
| **Prior Balances** | **$147.60** |
| **Payments Since Last Invoice** | **-$147.60** |
| **Total Balance Due** | **$583.00** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|----------------|----------|--------|------------------|-----|
| 01/09/2025 | 242593 | 01/09/2025 | $147.60 | $147.60 | $0.00 |
| **Total** | | | **$147.60** | **$147.60** | **$0.00** |

## Payment Summary

| Date | Note | Paid By | Source | Amount |
|------|------|---------|--------|--------|
| 02/11/2025 | M███████████████████████████████████<br>████████████████████████████ | ██████<br>████████ | ████████<br>████ | $147.60 |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |



**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
www.Lomnitzerlaw.com

Wem Global Inc.



# Invoice

| | |
|---|---|
| Invoice Number | 242593 |
| Invoice Date | 01/09/2025 |
| Payment Due On | 01/09/2025 |
| **Amount Due** | **$147.60** |

# WEM GLOBAL INC. (Litigation: Duro Beam, LLC v. William E. Manning, WEM Global Inc., Jeffrey Hoogendam, 360Connect, LLC, Ian Hart, Ian Hart Design, LLC and CMI Marketing, Inc. - Case No. 9:24-cv-81550-RLR), William Manning

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 12/27/2024 | 1 email coordinating call | AP | $200.00 | 0.10 | $20.00 |
| 12/27/2024 | 1 email sent/reviewed regarding Duro Beam Litigation | KD | $375.00 | 0.20 | $75.00 |
| 12/27/2024 | 1 email sent/reviewed regarding Received Web Payment from William Manning for $5,000.00 | KD | $375.00 | 0.10 | $37.50 |
| | | | | | **$132.50** |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 12/31/2024 | PACER Research | $15.10 | 1.00 | $15.10 |

| | |
|---|---:|
| | $15.10 |
| Subtotal | $147.60 |
| Total | $147.60 |
| Total Balance Due | $147.60 |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|---------------|----------|--------|------------------|-----|
| **Total** | | | **$0.00** | **$0.00** | **$0.00** |

Please click on the link embedded on the invoice template to remit payment.

**Lorri Lomnitzer, Esq.**

## Account Summary

| Account Name | Balance |
|--------------|---------|
| Operating Retainer | $0.00 |