# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

    Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL, INC.,
JEFFREY HOOGENDAM, 360CONNECT, LLC,
IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.,

    Defendants.
_____/

**DECLARATION OF KELLY ANN DESROSIERS IN SUPPORT OF DEFENDANT, WILLIAM E. MANNING AND WEM GLOBAL, INC., MOTION FOR ENTITLEMENT TO ATTORNEY FEES AND COSTS**

I, Kelly Ann desRosiers, state as follows:

    1.    My name is Kelly Ann desRosiers.  I am over the age of 18, an attorney licensed to practice law in the State of Florida and admitted to practice in this court.  I am presently practicing law as The Lomnitzer Law Firm, P.A. and I am the Senior Attorney at The Lomnitzer Law Firm, P.A.

    2.    I make this declaration in support of Defendants WILLIAM E. MANNING ("MANNING") and WEM GLOBAL, INC., ("WEM")(Collectively "WEM DEFENDANTS") Motion for Entitlement to Attorney's Fees and Costs on my own personal knowledge except where otherwise expressly stated.

    3.    I obtained my juris doctor from Nova Southeastern University Shepard Broad College of Law with a concentration in Intellectual Property.

    4.    I have been practicing law for approximately six (6) years in the State of Florida

and focusing on intellectual property litigation consistently for three (3) years.

  5. I am barred to practice law in:

    a. The Southern District of Florida

    b. The Middle District of Florida

    c. The Northern District of Florida

    d. The District of Colombia

    e. The Southern District of Texas

    f. The District of Colorado

  6. I was the lead attorney handling the representation of the WEM DEFENDANTS and my hourly rate is set at $375.00.

  7. This hourly rate was set by the partner based on my experience as an attorney and my specialized experience and education in the Intellectual Property field.

  8. This hourly rate is reasonable based on my years of experience in both litigation and intellectual property and is actually below market in comparison to other firm's rates for Senior Attorneys.

  9. My paralegal Andrea Pachecho assisted me until she left the firm and then Maggie Sherman and Paloma Jimenez continued assisting in the paralegal role.

  10. I was admitted to practice law within the State of Florida in May, 2007 and therefore have been practicing law within the State of Florida for 17 years.

  11. The monthly redacted invoices attached to the hereto (Composite Exhibit "A") detail the hours The Firm has incurred related to the representation of WEM DEFENDANTS in this lawsuit. The recorded time entries are contemporaneously entered into our accounting software which creates a PDF invoice to calculate the totals.

12.     Being that I am the most familiar with this matter and the needs of the representation, I also reviewed the invoices to confirm any redundant or unrelated expenses or time entries were removed.

13.     I can also attest that the hours incurred were all reasonable and necessary to ensure the best representation of WEM DEFENDANTS and earn the successful outcome achieved.

14.     Beginning in August of 2025, I spoke with counsel for Plaintiff, Lou Gigliotti advising of WEM DEFENDANTS intention to seek its attorney fees and costs to which he advised his client would not be agreeable.

15.     On October 21, 2025, I provided a copy of the Motion for Entitlement to Attorney Fees and Costs with all applicable exhibits in an effort to continue conferral and potential resolution.

16.     If the Court requires any additional records to support this affidavit, please advise and we will immediately prepare and provide.

Pursuant to 28 U.S.C. §1748, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Boca Raton, Florida, on this 21st day of October 2025.

_____
KELLY ANN DESROSIERS, ESQ.