UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81550-CIV-DIMITROULEAS

DURO BEAM, LLC,

                                                   Magistrate Judge Reinhart

    Plaintiff,

vs.

WILLIAM E. MANNING; WEM GLOBAL INC.;
JEFFREY HOOGENDAM; 360 CONNECT, LLC;
IAN HART; IAN HART DESIGN, LLC; and CMI
MARKETING, INC.,

    Defendants.
_____/

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** Defendants William Manning and WEM Global, Inc's Motion for Sanctions [DE 74] and Motion for Attorneys' Fees and Costs [DE 75] to United States Magistrate Judge Bruce E. Reinhart for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of November, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record