UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:24-cv-81550-RLR

**DURO BEAM, LLC,**

**Plaintiff,**

v.

**WILLIAM E. MANNING, et al.,**

**Defendants.**

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT WEM GLOBAL, INC. AND WILLIAM MANNING' MOTION FOR SANCTIONS AND MOTION FOR ATTORNEYS' FEES**

Plaintiff, Duro Beam LLC, by and through undersigned counsel, respectfully moves for a brief extension of time to file its responses to Defendants William Mannings' and WEM Global's (1) Rule 11 Motion for Sanctions and (2) Motion for Attorneys' Fees and Costs. In support, Plaintiff states:

1. Defendant filed its Rule 11 Motion for Sanctions and its Motion for Attorneys' Fees and Costs on November 4, 2025. Under Local Rule 7.1(c)(1), Plaintiff's responses are currently due on November 18, 2025.

2. The Parties conferred regarding this request, and Defendant does not oppose a five (5) day extension of Plaintiff's response deadline.

3. He Parties are currently negotiating resolution of the outstanding Motions.
4. This is Plaintiff's first request for an extension of time with respect to these motions.

5. The requested extension is sought in good faith and not for the purpose of delay. Granting the extension will not prejudice any Party and will allow Plaintiff sufficient time to prepare its responses, if needed.

6. Plaintiff therefore respectfully requests that the Court extend the response deadline through and including November 24, 2025.

7. Attached as Exhibit A is a proposed Order. A copy in WORD has been emailed to Chambers.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Undersigned counsel certifies that he conferred with counsel for Defendant, who does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached proposed order granting Plaintiff an extension through November 24, 2025, to respond to Defendant's Motion for Sanctions and Motion for Attorneys' Fees and Costs, together with such other relief as the Court deems proper.

Dated: November 18, 2025

Respectfully submitted,

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing Unopposed Motion for Extension of Time has been served to Defendant William Manning and WEM Global, Inc., through their counsel on November 18, 2025, via ECF.

Respectfully submitted,

By:/s/ Louis R. Gigliotti/
Louis R. Gigliotti, Esq.
Florida Bar No.: 71935
114 Goya Way
St. Augustine, FL 32086
Ph: (954) 471 4392
Email: gigliotti@bellsouth.net