UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:24-cv-81550-RLR

DURO BEAM, LLC,

Plaintiff,

v.

WILLIAM E. MANNING, et al.,

Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS AND MOTION FOR ATTORNEYS' FEES

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Sanctions and Motion for Attorneys' Fees and Costs. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that good cause exists to grant the requested relief.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. Plaintiff's Unopposed Motion for Extension of Time is GRANTED.
2. Plaintiff shall file its responses to Defendant's Rule 11 Motion for Sanctions and Motion for Attorneys' Fees and Costs on or before November 24, 2025.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this ___ day of November, 2025.

_____

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE