**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

    Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL, INC.,
JEFFREY HOOGENDAM, 360CONNECT, LLC,
IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.,

    Defendants.

_____/

**NOTICE OF PENDING RESOLUTION**

PLEASE TAKE NOTICE, WILLIAM E. MANNING, WEM GLOBAL, INC. and DURO BEAM have reached a resolution in principal.

Upon satisfaction of the terms of the Parties' settlement agreement, WILLIAM E. MANNING, WEM GLOBAL, INC., will file its withdrawal of the pending post-judgement motions. WILLIAM E. MANNING, WEM GLOBAL, INC., respectfully requests this Court enter a brief stay on this matter to allow the finalization and completion of the agreement.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of November, I filed a true and correct copy of the foregoing document using the CM/ECF and a copy was sent to all counsel of record.

    Respectfully Submitted,

    /s/ Kelly Ann desRosiers, Esq.
    Kelly Ann desRosiers, Esq.
    Florida Bar No. 1017878

Kelly@Lomnitzerlaw.com
/s/ Lorri Lomnitzer, Esq.
Lorri Lomnitzer, Esq.
Florida Bar No. 37632
Lorri@Lomnitzerlaw.com
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Ste. 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
*Attorneys for WEM Defendants*