**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-CV-81550-ROSENBERG

DURO BEAM, LLC

    Plaintiff,

v.

WILLIAM E. MANNING, WEM GLOBAL, INC.,
JEFFREY HOOGENDAM, 360CONNECT, LLC,
IAN HART, IAN HART DESIGN, LLC and
CMI MARKETING, INC.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF POST JUDGEMENT RELIEF SOUGHT

WILLIAM E. MANNING and WEM GLOBAL, INC., by and through the undersigned counsel, and pursuant to agreement of the Parties, dismiss and withdraw the post judgement relief sought and currently pending before this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, I filed a true and correct copy of the foregoing document using the CM/ECF and a copy was sent to all counsel of record.

    Respectfully Submitted,

    /s/ Kelly Ann desRosiers, Esq.
    Kelly Ann desRosiers, Esq.
    Florida Bar No. 1017878
    Kelly@Lomnitzerlaw.com
    /s/ Lorri Lomnitzer, Esq.
    Lorri Lomnitzer, Esq.
    Florida Bar No. 37632
    Lorri@Lomnitzerlaw.com
    THE LOMNITZER LAW FIRM, P.A.

7999 N. Federal Highway, Ste. 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
*Attorneys for WEM Defendants*