UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81550-CIV-DIMITROULEAS

DURO BEAM, LLC,

        Plaintiff,

Magistrate Judge Reinhart

vs.

WILLIAM E. MANNING; WEM GLOBAL INC.;
JEFFREY HOOGENDAM; 360 CONNECT, LLC;
IAN HART; IAN HART DESIGN, LLC; and CMI
MARKETING, INC.,

        Defendants.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL OF POST JUDGEMENT RELIEF SOUGHT

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal of Post Judgement Relief Sought, filed November 26, 2025. [DE 79]. The Court is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Notice of Voluntary Dismissal of Post Judgement Relief Sought [DE 79] is **APPROVED**;

2. All pending motions are **DENIED AS MOOT;**

3. This case shall remain **CLOSED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record